IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., | No. C 14-2838 CW |
| Plaintiff, | ORDER OF TRANSFER |
| v. | |
| WI-LAN INC., | |
| Defendant. | |

On September 11, 2014, the Court issued its order granting in part Defendants' motions to sever, transfer, and dismiss. (Docket No. 53.) That order instructed Apple Inc. to, among other things, "file a second amended complaint in this case asserting only its claims against [Wi-LAN Inc.] . . . . Upon filing of the second amended complaint, the Court will transfer it to the Southern District of California." Id. at 17.

On September 18, 2014, in accordance with the Court's order, Apple filed its second amended complaint. (Docket No. 59). Accordingly,

IT IS HEREBY ORDERED that the above-captioned action is transferred to the Southern District of California.

Dated: 9/19/2014

CLAUDIA WILKEN
United States District Judge