1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

APPLE INC.,

CASE NO. 14cv2235 DMS (BLM)

11

Plaintiff,

**ORDER REQUESTING SUPPLEMENTAL BRIEFING**

12

vs.

WI-LAN, INC.,

13

Defendant.

14

15      Defendant's motion to dismiss portions of Plaintiff's Second Amended

16  Complaint is currently pending before the Court.  After further review of the parties'

17  briefs and the legal authority cited therein, the Court requests supplemental briefing on

18  the following issue: It appears unclean hands is generally asserted as an affirmative

19  defense to a claim of patent infringement.  That was the case in *Reid-Ashman*

20  *Manufacturing, Inc. v. Swanson Semiconductor Service, L.L.C.*, No. C-06-4693 JCS,

21  2007 WL 1394427 (N.D. Cal. May 10, 2007), and *Multimedia Patent Trust v. Apple*

22  *Inc.*, No. 10-CV-2618-H (KSC), 2012 WL 6863471 (S.D. Cal. Nov. 9, 2012).  If a party

23  prevails on an unclean hands affirmative defense, the remedy appears to be dismissal

24  of the patent infringement claim or judgment in that defendant's favor, not a finding

25  that the patent is unenforceable.  In their briefing on the present motion, the parties rely

26  on *Reid-Ashman* and *Multimedia Patent Trust*, which set out different standards for this

27  affirmative defense, but they fail to cite any case law that supports Apple's *claim* that

28  the Court may declare the Patents in Suit unenforceable based on unclean hands, and

1 | more specifically, that the Court may declare the Patent in Suit unenforceable based on
2 | the kind of conduct alleged in this case. Absent any such authority, Apple's claim
3 | would be legally invalid, and thus subject to dismissal on that basis. Therefore, the
4 | Court requests supplemental briefing from the parties on whether Apple's claim for a
5 | declaratory judgment of unenforceability based on unclean hands is legally cognizable
6 | in the first instance. The parties may submit supplemental briefs on this issue, of no
7 | more than five (5) pages, on or before **December 5, 2014**.

8 | **IT IS SO ORDERED**.

9 | DATED: November 26, 2014

11 | HON. DANA M. SABRAW
United States District Judge