1  Allison H. Goddard (211098)
     ali@pattersonlawgroup.com
2  PATTERSON LAW GROUP
   402 West Broadway, 29th Floor
3  San Diego, CA 92101
   (619) 398-4760
4  (619) 756-6991 (facsimile)

5  *Attorney for Defendant,*
   *Wi-LAN Inc.*

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                 **SOUTHERN DISTRICT OF CALIFORNIA**

11                            **SAN DIEGO**

12  APPLE INC.,                        )  No. 3:14-cv-2235-DMS-BLM (Lead
                                        )  Case); Consolidated with 3:14-cv-01507-
                    *Plaintiff,*        )  DMS-BLM
13                                      )  DEMAND FOR JURY TRIAL
       vs.                             )
14                                      )
    WI-LAN INC.,                        )
15                                      )  **NOTICE OF WI-LAN INC.'S**
                    *Defendant.*        )  **MOTION TO COMPEL**
16                                      )
    _____   )
17                                      )  **Department: 13A**
    WI-LAN INC.,                        )  **Judge: Hon. Dana M. Sabraw**
18                                      )  **Magistrate: Hon. Barbara L. Major**
                    *Plaintiff,*        )
19                                      )
       vs.                             )
20                                      )
    APPLE INC.,                         )
21                                      )
                    *Defendant.*        )
22                                      )

23

24

25

26

27

28

NOTICE OF WI-LAN INC.'S MOTION TO COMPEL                Case No. 3:14-cv-02235-DMS-BLM

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Wi-LAN Inc. ("Wi-LAN") will and hereby does request the Court issue an order granting Wi-LAN's Motion to Compel Plaintiff Apple Inc. to produce documents as requested by Wi-LAN in its Request for Production Nos. 1-7, 11-16, 18-20, 40-41 and 51-60 and to respond to Wi-LAN's Interrogatory Nos. 11 and 13.

The Motion to Compel follows this notice.

Dated: October 18, 2017                          Respectfully submitted,


By:   */s/ Allison Goddard*

    Allison H. Goddard (211098)
     ali@pattersonlawgroup.com
    PATTERSON LAW GROUP
    402 West Broadway, 29th Floor
    San Diego, CA 92101
    (619) 398-4760
    (619) 756-6991 (facsimile)

    Robert Cote
     rcote@mckoolsmith.com
    Brett Cooper
     bcooper@mckoolsmith.com
    Kevin Schubert
     kschubert@mckoolsmith.com
    McKOOL SMITH, P.C.
    One Bryant Park, 47th Floor
    New York, NY 10036
    (212) 402-9400
    (212) 402-9444 (facsimile)

    Seth Hasenour
     shasenour@mckoolsmith.com
    MCKOOL SMITH, P.C.
    300 W. 6th Street, Suite 1700
    Austin, TX 78701
    (512) 692-8700
    (512) 692-8744 (facsimile)

    *Attorneys for Defendant,*
    *Wi-LAN Inc.*

NOTICE OF WI-LAN INC.'S MOTION TO COMPEL     -1-          Case No. 3:14-cv-02235-DMS-BLM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I hereby certify that on October 18, 2017, I caused a copy of this pleading to be delivered via electronic mail on the counsel of record.

Dated: October 18, 2017

By:    */s/ Allison Goddard*
Allison H. Goddard (211098)
ali@pattersonlawgroup.com
PATTERSON LAW GROUP
402 West Broadway, 29th Floor
San Diego, CA 92101
(619) 398-4760
(619) 756-6991 (facsimile)

*Attorney for Defendant,*
*Wi-LAN Inc.*