| | |
|---|---|
| JOHN ALLCOCK (Bar No. 98895)<br>john.allcock@dlapiper.com<br>SEAN C. CUNNINGHAM (Bar No. 174931)<br>sean.cunningham@dlapiper.com<br>ERIN GIBSON (Bar No. 229305)<br>erin.gibson@dlapiper.com<br>ROBERT WILLIAMS (Bar No. 246990)<br>robert.williams@dlapiper.com<br>TIFFANY MILLER (Bar No. 246987)<br>tiffany.miller@dlapiper.com<br>JACOB ANDERSON (Bar No. 265768)<br>jacob.anderson@dlapiper.com<br>DLA PIPER LLP (US)<br>401 B Street, Suite 1700<br>San Diego, California  92101-4297<br>Tel:  619.699.2700<br>Fax:  619.699.2701<br><br>ROBERT BUERGI (Bar No. 242910)<br>robert.buergi@dlapiper.com<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Telephone:  650.833.2000<br>Facsimile:  650.833.2001 | MARK C. SCARSI (Bar No. 183926)<br>mscarsi@milbank.com<br>ASHLEE N. LIN (Bar No. 275267)<br>anlin@milbank.com<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Tel:  424.386.4000<br>Fax:  213.629.5063<br><br>CHRISTOPHER J. GASPAR<br>(*admitted pro hac vice*)<br>cgaspar@milbank.com<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>28 Liberty Street<br>New York, NY 10005<br>Tel:  212.530.5000<br>Fax:  212.822.5019 |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>WI-LAN, INC.,<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  3:14-cv-02235-DMS-BLM (lead case);<br>CASE NO.  3:14-cv-1507-DMS-BLM (consolidated)<br><br>**DECLARATION OF JACOB ANDERSON IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO DEFENDANT WI-LAN, INC.'S MOTION TO COMPEL AND MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**<br><br>Dept:  13A<br>Judge:  Hon. Dana M. Sabraw<br>Magistrate Judge:  Hon. Barbara L. Major |

-1-

I, Jacob Anderson, declare:

1. I am an associate with the law firm of DLA Piper LLP (US), counsel of record for Plaintiff Apple Inc. ("Apple") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2. Attached hereto as Exhibit A is a true and correct copy of an excerpt of a printout of https://mobilecommunicationsportal.intel.com, last accessed October 24, 2017.

3. Attached hereto as Exhibit B is a true and correct copy of an excerpt of a printout of https://createpoint.qti.qualcomm.com/dashboard/public/productkit#public/ product-kit/search, last accessed October 24, 2017.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the Rough Deposition Transcript of Sree Ram Kodali, dated September 21, 2017. The deposition transcript was designated by Apple as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY."

5. Attached hereto as Exhibit D is a true and correct copy of a printout from https://www-ssl.intel.com/content/www/us/en/legal/terms-of-use.html, last accessed October 24, 2017.

6. Attached hereto as Exhibit E is a true and correct copy of a printout from https://www.qualcomm.com/site/terms-of-use, last accessed October 25, 2017.

7. Attached hereto as Exhibit F is a true and correct copy of a Subpoena to Qualcomm Inc. to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Subpoena to Testify at a Deposition in a Civil Action, dated May 25, 2017.

8. Attached hereto as Exhibit G is a true and correct copy of a Subpoena to Intel Corporation to Produce Documents, Information, or Objects or to Permit

Inspection of Premises in a Civil Action and Subpoena to Testify at a Deposition in a Civil Action, dated October 16, 2017.

9. Attached hereto as Exhibit H is a true and correct copy of a printout of http://www.radio-electronics.com/info/wireless/wimax/ieee-802-16-standards.php, last accessed on October 24, 2017.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on October 25, 2017 at San Diego, California.

*/s/ Jacob Anderson*
Jacob Anderson

# TABLE OF CONTENTS
# EXHIBITS

| Exhibit | Description | Page(s) |
|---|---|---|
| A | Excerpt of printout of https://mobilecommunicationsportal.intel.com, last accessed October 24, 2017 | 3-6 |
| B | Excerpt of printout of https://createpoint.qti.qualcomm.com/dashboard/public/productkit#public/ product-kit/search, last accessed October 24, 2017 | 7 |
| C | Excerpts from the Rough Deposition Transcript of Sree Ram Kodali, dated September 21, 2017 (***Lodged Conditionally Under Seal – Confidential***) | 8-15 |
| D | Printout from https://www-ssl.intel.com/content/www/us/en/legal/terms-of-use.html, last accessed October 24, 2017 | 16-29 |
| E | Printout from https://www.qualcomm.com/site/terms-of-use, last accessed October 25, 2017 | 30-39 |
| F | Subpoena to Qualcomm Inc. to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Subpoena to Testify at a Deposition in a Civil Action, dated May 25, 2017 | 40-117 |
| G | Subpoena to Intel Corporation to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action and Subpoena to Testify at a Deposition in a Civil Action, dated October 16, 2017 | 118-164 |
| H | Printout of http://www.radio-electronics.com/info/wireless/wimax/ieee-802-16-standards.php, last accessed on October 24, 2017 | 165-174 |