# EXHIBIT A



# Technical Documentation for Products and Solutions

## Processors and Chipsets

› Ice Lake U/Y (pre-release) 🔒

› Denverton (new release)

› Purley (new release)

› See all ›

## FPGAs

› Intel® Cyclone® Series FPGAs

› Intel® Arria® Series FPGAs

› Intel® Stratix® Series FPGAs

› Intel® MAX® Series FPGAs

› See all ›

## Networking and I/O

› Ethernet controllers

› Network adapters

› Server adapters

› See all ›

## Wireless and Modems

› Wireless products

› Modems

## Memory and Storage Products

› Intel® SSD Data Center Family

› Intel® SSD Consumer Family

› Intel® SSD Professional Family

› See all ›

## Server Products

› Server boards

› Server chassis

› Server systems

› See all ›

## Boards, Kits and Modules

› Evaluation kits

› Sever boards

› Workstation boards

› See all ›

## More

› Cameras and sensors

› Software development platforms

› Software and services

› Solutions

› Gateways

› Connected home


### Product Roadmaps
Access information about pre-release products.


### Product Specifications (Intel® ARK)
Explore and compare Intel product specifications.


### Search products and documentation
Sign in for access to all results, including Intel-confidential product information.

## Developer Resources

### Support and Training
- › Customer technical training
- › Product change notifications (QDMS)
- › Product support community
- › See all ›

### Industries and Applications
- › Automotive
- › Industrial automation
- › Smart building
- › See all ›

### Technologies and Topics
- › Intel® Active Management Technology
- › Intel® QuickAssist Technology
- › Intel® Virtualization Technology
- › See all ›

### Design Tools and Services
- › Evaluation and development kits
- › Product samples
- › Schematic and layout review
- › See all ›

Case 3:14-cv-02235-DMS-BLM  Document 183-2  Filed 10/25/17  PageID.6824  Page 5 of 5

## Software and Services

› Software overview

› Intel® Developer Zone

› SDKs & APIs

› Software development tools

› Software documentation

› Open source

› Firmware

› See all ›

## Legacy Tools

› Document library

› New and updated documents

› Legacy Design Kits

› Restricted documents

› Secure file exchange

› My bookmarks

› Messages and notifications

Company Information   Our Commitment   Communities   Investor Relations   Contact Us

Newsroom   Jobs



    

© Intel Corporation   |   Terms of Use   |   *Trademarks   |   Privacy   |   Cookies   |   Supply Chain Transparency   |   Site Map

Exhibit A, Page 6