# EXHIBIT D



(/content/www/us/en/homepage.html)   USA (English)

# Intel Terms of Use

*Please read these Terms of Use ("Terms") carefully before using this site. By accessing and using the Intel Corporation ("Intel") Web Sites and Materials, you acknowledge and agree to abide by the following Terms of Use. If you do not agree to these Terms, do not use the Intel Web Sites or download any Materials.*

## Scope of Terms

These Terms of Use are applicable to all Intel Websites, whether a sponsored site, managed through a third party vendor or hosted by a third party (referred to hereafter as the "Web Sites"). These Terms also apply to any resources and tools provided through Intel Web Sites, including but not limited to developer tools, download areas, research areas, community forums, chat rooms, blogs, sharing sites and product information. These Terms apply to all the Intel Web Sites, both now and in the future. Hereafter, all the materials covered by these Terms of Use will be referred to as the "Materials."

Intel may provide activity or program specific Terms of Service, for example when Intel provides interactive Materials and/or enables User Generated Content. If so, to the extent that these Terms do not conflict with the program specific Terms of Service, the Terms herein remain in full force and effect.

## Security and Privacy

**Personal Information:** Information submitted to Intel through forms on the Web Sites or Materials is governed according to Intel's Privacy Policy.

**Member Account, Password, and Security:** Intel may, from time to time, host a program or activity specific site that may require you to establish a member account and/or site password. In such cases, you are entirely responsible for maintaining the confidentiality of your password and account. Furthermore, you are entirely responsible for any and all activities that occur under your account. You agree to notify Intel immediately of any unauthorized use of your account or any other breach of security here. Intel will not be liable for any loss that you may incur as a result of someone else using your password or account, either with or without your knowledge. However, you could be held liable for

losses incurred by Intel or another party due to someone else using your account or password. You may not use anyone else's account at any time, without the permission of the account holder.

## Use Terms

**Personal Non-Commercial Use:** This Web Site is for personal and non-commercial use. Unless otherwise specified or as provided in these Terms, you may not modify, copy, distribute, transmit, display, perform, reproduce, publish, license, create derivative works from, transfer, or sell any information, software, products or services obtained from the Materials.

You may not use or facilitate the use of this site or any Materials in connection with any infringement analysis concerning Intel® products.  By your use of this site or any Materials, you agree to grant Intel a non-exclusive, royalty-free license to any patent claim thereafter drafted which includes subject matter disclosed on this site.

**No Unlawful or Prohibited Use:** You agree that you will not use the Web Sites or Material for any purpose that is unlawful or prohibited by these Terms of Use. You may not:

1. Upload, post, email, transmit or otherwise make available any content that is unlawful, harmful, threatening, abusive, harassing, tortuous, defamatory, vulgar, obscene, libelous, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable;
2. Use the Web Sites, Materials, Services or activities to "stalk" or otherwise harass or harm another;
3. Impersonate any person or entity, including, but not limited to, an Intel official, forum leader, guide or host, or falsely state or otherwise misrepresent your affiliation with a person or entity or collect or store personal data about other users in connection with the prohibited conduct and activities;
4. Forge headers or otherwise manipulate identifiers in order to disguise the origin of any content transmitted through the Web Site or Materials;
5. Upload, post, email, transmit or otherwise make available any content that you do not have a right to make available under any law or under contractual or fiduciary relationships (such as inside information, proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);
6. Upload, post, email, transmit or otherwise make available any content that infringes any patent, trademark, trade secret, copyright or other proprietary rights ("Rights") of any party;

7. Upload, post, email, transmit or otherwise make available any unsolicited or unauthorized advertising, promotional materials, "junk mail," "spam," "chain letters," "pyramid schemes," or any other form of solicitation;

8. Upload, post, email, transmit or otherwise make available any material that contains software viruses or any other computer code, files or programs designed to interrupt, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;

9. You may not use the Web Site or Materials in any manner that could damage, disable, overburden, or impair any Intel server, or network(s) connections, disobey any requirements, procedures, policies or regulations of networks connected to the Web Site or Materials or interfere with any other party's use and enjoyment of the Web Sites or Materials;

10. You may not attempt to gain unauthorized access to any Web Site or Material, other accounts, computer systems or networks connected to any Intel server or Materials, through hacking, password mining or any other means or obtain or attempt to obtain any materials or information through any means not intentionally made available through the Web Sites or Materials;

11. Intentionally or unintentionally violate any applicable local, state, national or international law, including, but not limited to, regulations promulgated by the U.S. Securities and Exchange Commission, any rules of any national or other securities exchange, including, without limitation, the New York Stock Exchange, the American Stock Exchange or the NASDAQ, and any regulations having the force of law; and/or

12. Provide material support or resources (or to conceal or disguise the nature, location, source, or ownership of material support or resources) to any organization(s) designated by the United States government as a foreign terrorist organization pursuant to section 219 of the Immigration and Nationality Act.

**US Government Restricted Rights:** The Materials including Intel Software are provided with "RESTRICTED RIGHTS." Use, duplication, or disclosure by the Government is subject to restrictions as set forth in FAR52.227-14 and DFAR252.227-7013 et seq. or its successor. Use of the Materials by the Government constitutes acknowledgment of Intel's proprietary rights in them.

**Copyright Permission:** The copyright in all content posted on www.intel.com (http://www.intel.com), the Intel Press Room, and all connected sites is owned by Intel Corporation. Use is authorized for editorial (news media) purposes only and subject to the Intel Web Terms of Use. To request permission to use content outside of editorial purposes please submit your request via e-mail here (mailto:copyrightpermission@intel.com?subject=Copyright%20Permission%20Request). Please include a description of your proposed usage of the materials, along with a link or copy of the materials being requested and your contact information.



(/content/www/us/en/homepage.html)   USA (English)

## Notices and Disclosures

**Exclusions of Warranty:** The Materials and Intel Web Sites are provided by Intel Corporation and/or its worldwide direct or indirect subsidiaries and affiliates ("Intel") as a service to its customers and are for informational purposes only. YOU EXPRESSLY UNDERSTAND AND AGREE THAT:

> YOUR USE OF THE WEB SITES AND MATERIALS IS AT YOUR SOLE RISK AND THAT THE SERVICES ARE PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT ANY EXPRESS OR IMPLIED WARRANTY OF ANY KIND INCLUDING WARRANTIES OF MERCHANTABILITY, NONINFRINGEMENT OF INTELLECTUAL PROPERTY, OR FITNESS FOR ANY PARTICULAR PURPOSE.

> ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SERVICES IS DONE AT YOUR OWN DISCRETION AND RISK AND YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR OTHER DEVICE OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL.

> IN NO EVENT SHALL INTEL OR ITS SUPPLIERS BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, BUSINESS INTERRUPTION, LOSS OF INFORMATION) ARISING OUT OF THE USE OF OR INABILITY TO USE THE WEB SITES OR MATERIALS, EVEN IF INTEL HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. BECAUSE SOME JURISDICTIONS PROHIBIT THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

**Limitation of Liability:** YOU EXPRESSLY UNDERSTAND AND AGREE THAT INTEL AND ITS LICENSORS **SHALL NOT BE LIABLE** TO YOU FOR:

> IN NO EVENT SHALL INTEL AND/OR ITS RESPECTIVE SUPPLIERS BE LIABLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF ANY SOFTWARE, DOCUMENTS, PROVISION OF OR FAILURE TO PROVIDE SERVICES, OR INFORMATION AVAILABLE FROM THE WEB SITE.

> ANY LOSS OR DAMAGE WHICH MAY BE INCURRED BY YOU, INCLUDING BUT NOT LIMITED TO LOSS OR DAMAGE AS A RESULT OF ANY RELIANCE PLACED BY YOU ON THE COMPLETENESS, ACCURACY OR EXISTENCE OF ANY CONTENT, OR ANY CHANGES INTEL MAY MAKE TO THE SERVICES, DOCUMENTS, WEB SITE, CONTENT OR FOR ANY PERMANENT OR TEMPORARY CESSATION IN THE PROVISION OF THE WEB SITE (OR ANY FEATURES WITHIN THE WEB SITES); OR IF APPLICABLE, YOUR FAILURE TO KEEP YOUR PASSWORD OR ACCOUNT DETAILS SECURE AND CONFIDENTIAL;

> THESE LIMITATIONS ON INTEL'S LIABILITY SHALL APPLY WHETHER OR NOT INTEL HAS BEEN ADVISED OF OR SHOULD HAVE BEEN AWARE OF THE POSSIBILITY OF ANY SUCH LOSSES.

**Indemnification:** You agree to indemnify and hold Intel and its officers, agents, employees, partners and licensors harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of content you submit, post, transmit or otherwise make available through the Web Sites or Materials, your use of the Web Sites or Materials, your connection to the Web Sites or Materials, your violation of these Terms of Use or site specific Terms of Use, or your violation of any rights of another.

**Accuracy and Completeness:** Intel does not warrant the accuracy or completeness of the information, text, graphics, links or other items contained within the Web Sites or Materials.

**Changes and Updates:** Intel reserves the right to modify or discontinue, temporarily or permanently, Web Sites or Materials (or any part thereof) with or without notice. Intel may make changes to Web Sites or Materials, or to the products described therein, at any time without notice. Intel makes no commitment to update the Web Sites or Materials.

**Forward Looking Statements:** Some of the information on this Web Site may contain projections or other forward-looking statements regarding future events or the future financial performance of Intel. Words such as "expects," "goals," "plans," "believes," "continues," "may," and variations of such words and similar expressions identify forward-looking statements. In addition, any statements that refer to or may imply future financial performance, our anticipated growth and trends in our businesses, and other characterizations of future events or circumstances are forward-looking statements. All such statements that are not historical facts are based on our current expectations and are subject to a number of risks and uncertainties, and the actual events or results may differ materially. Please refer to Intel's filings with the Securities and Exchange Commission, specifically, our most recent earnings release and our most recent Form 10-Q or Form 10-K for more information on the risk factors that could cause the actual results to differ materially from those contained in our forward-looking statements,

including, among others, variable product demand; product introductions by Intel's competitors; pricing pressures; and manufacturing issues, including product defects, errata, lower than anticipated manufacturing yields, and supply of components.

## Content Related Notices

**Ownership:** You acknowledge and agree that Intel owns all legal rights, title and interest in and to the Materials and Web Sites, including any Intel trade names, trademarks, service marks, logos, domain names, and other distinctive brand features therein (whether those rights happen to be registered or not, and wherever in the world those rights may exist), and that they are protected by worldwide copyright laws and treaty provisions. They may not be copied, reproduced, modified, published, uploaded, posted, transmitted, or distributed in any way without Intel's prior written permission. Except as expressly provided herein, Intel does not grant any express or implied right to you under any patents, copyrights, trademarks, or trade secret information.

**Translations:** Where Intel has provided you with a translation of the English language version of these Terms of Use, you agree that the translation is provided for your convenience only and that the English language versions of the Terms of Use will govern your relationship with Intel. If there is any contradiction between the English language version of the Terms of Use and the translation, the English language version shall take precedence.

**Third Party Content:** Web Sites and Materials may contain user or third party submitted content; such content is not reviewed, approved or endorsed by Intel and is provided solely as a convenience to our customers and users. Under no circumstances will Intel be liable in any way for any third party submitted or provided content, including, but not limited to, any errors or omissions, or damages of any kind. **ANY MATERIAL DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE MATERIALS IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR OTHER DEVICE OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY SUCH MATERIAL.** By your use you agree that you must evaluate, and bear all risks associated with, the use of any third party content, including any reliance on the accuracy, completeness, or usefulness of such content. All postings and use of the Web Sites or Material are subject to these Terms of Use and any other program and site specific terms.

## Intel Product Notices and Information

**Limitations:** WITH REGARD TO INFORMATION ON INTEL® PRODUCTS IN THE WEBSITE OR MATERIALS NO LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR OTHERWISE, TO ANY INTELLECTUAL PROPERTY RIGHTS IS GRANTED IN THE WEBSITE OR MATERIALS. EXCEPT AS PROVIDED IN INTEL'S TERMS AND CONDITIONS OF SALE FOR SUCH PRODUCTS, INTEL ASSUMES NO LIABILITY WHATSOEVER, AND INTEL DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTY, RELATING TO SALE AND/OR USE OF INTEL PRODUCTS INCLUDING LIABILITY OR WARRANTIES RELATING TO FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR INFRINGEMENT OF ANY PATENT, COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHT.

**Use of Intel Products:** Intel products are not intended for use in medical, life saving, life sustaining applications. UNLESS OTHERWISE AGREED IN WRITING BY INTEL, THE INTEL PRODUCTS ARE NOT DESIGNED NOR INTENDED FOR ANY APPLICATION IN WHICH THE FAILURE OF THE INTEL PRODUCT COULD CREATE A SITUATION WHERE PERSONAL INJURY OR DEATH MAY OCCUR.

**Changes to Specifications:** Intel may make changes to specifications and product descriptions at any time, without notice. Designers must not rely on the absence or characteristics of any features or instructions marked "reserved" or "undefined." Intel reserves these for future definition and shall have no responsibility whatsoever for conflicts or incompatibilities arising from future changes to them. The product information on the Web Site or Materials is subject to change without notice. Do not finalize a design with this information.

**Processor Numbers:** Intel® processor numbers are not a measure of performance. Processor numbers differentiate features within each processor family, not across different processor families.

**Defects and Errata:** The products described in the Web Site or Materials may contain design defects or errors known as errata which may cause the product to deviate from published specifications. Current characterized errata are available on request. Contact your local Intel sales office or your distributor to obtain the latest specifications and before placing your product order.

**Benchmarks and Performance Claims:** Any performance tests and ratings provided in the Web Site are measured using specific computer systems and/or components and reflect the approximate performance of Intel products as measured by those tests. Any difference in system hardware or software design or configuration may affect actual performance. Buyers should consult other sources of information to evaluate the performance of systems or components they are considering purchasing. For more information on performance tests and on the performance of Intel products, visit Intel Performance Benchmark Limitations (/content/www/us/en/benchmarks/resources-benchmark-limitations.html).

Software and workloads used in performance tests may have been optimized for performance only on Intel® microprocessors. Performance tests, such as SYSmark* and MobileMark*, are measured using specific computer systems, components, software, operations and functions. Any change to any of those factors may cause the results to

vary. You should consult other information and performance tests to assist you in fully evaluating your contemplated purchases, including the performance of that product when combined with other products.

**Non-Intel Benchmarks:** Intel does not control or audit the design or implementation of third party benchmarks or Web sites referenced in the Materials or on the Web Sites. Intel encourages all of its customers to visit the referenced Web sites or others where similar performance benchmarks are reported and confirm whether the referenced benchmarks are accurate and reflect performance of systems available for purchase.

**Simulated Benchmarks:** Results that have been simulated and are provided for informational purposes only. Results were derived using simulations run on an architecture simulator. Any difference in system hardware or software design or configuration may affect actual performance.

## Notice Specific to Intel® Software

Any Intel® software that is made available to download from the Web Sites ("Software") is the copyrighted work of Intel and/or its suppliers. Use of the Software is governed by the terms of the end user license agreement, if any, which accompanies or is included with the Software ("License Agreement"). An end user will be unable to install any Software that is accompanied by or includes a License Agreement, unless he or she first agrees to the License Agreement terms. The Software is made available for download solely for use by end users according to the License Agreement. Any reproduction or redistribution of the Software not in accordance with the License Agreement is expressly prohibited by law, and may result in severe civil and criminal penalties. Violators will be prosecuted to the maximum extent possible.

WITHOUT LIMITING THE FOREGOING, COPYING OR REPRODUCTION OF INTEL SOFTWARE TO ANY OTHER SERVER OR LOCATION FOR FURTHER REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED, UNLESS SUCH REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PERMITTED BY THE LICENSE AGREEMENT ACCOMPANYING SUCH SOFTWARE. THE SOFTWARE IS WARRANTED, IF AT ALL, ONLY ACCORDING TO THE TERMS OF THE LICENSE AGREEMENT. EXCEPT AS WARRANTED IN THE LICENSE AGREEMENT, INTEL HEREBY DISCLAIMS ALL WARRANTIES AND CONDITIONS WITH REGARD TO THE SOFTWARE, INCLUDING ALL WARRANTIES AND CONDITIONS OF MERCHANTABILITY, WHETHER EXPRESS, IMPLIED OR STATUTORY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT.

FOR YOUR CONVENIENCE, INTEL MAY MAKE AVAILABLE AS PART OF THE WEB SITE OR IN ITS SOFTWARE PRODUCTS, TOOLS AND UTILITIES FOR USE AND/OR DOWNLOAD. INTEL DOES NOT MAKE ANY ASSURANCES WITH REGARD TO THE ACCURACY OF THE RESULTS OR OUTPUT THAT DERIVES FROM SUCH USE OF ANY SUCH TOOLS AND

UTILITIES. PLEASE RESPECT THE INTELLECTUAL PROPERTY RIGHTS OF OTHERS WHEN USING THE TOOLS AND UTILITIES MADE AVAILABLE ON THE SERVICES OR IN INTEL SOFTWARE PRODUCTS.

## Notice Specific to Intel Documents

Permission to use Intel owned white papers, press releases, datasheets, specification documents, FAQs etc. ("Documents") from the Web Sites is granted, provided that (1) the below copyright notice appears in all copies and that both the copyright notice and this permission notice appear, (2) use of such Documents from the Services is for informational and non-commercial or personal use only and will not be copied or posted on any network computer or broadcast in any media, and (3) no modifications of any Documents are made. Accredited educational institutions, such as K-12, universities, private/public colleges, and state community colleges, may download and reproduce the Documents for distribution in the classroom. Distribution outside the classroom requires express written permission. Use for any other purpose is expressly prohibited by law, and may result in severe civil and criminal penalties. Violators will be prosecuted to the maximum extent possible.

Documents specified above do not include the design or layout of the Web Site or any other Intel owned, operated, licensed or controlled site. Elements of the Web Sites are protected by trade dress, trademark, unfair competition, and other laws and may not be copied or imitated in whole or in part. No logo, graphic, sound or image from any Web Site may be copied or retransmitted unless expressly permitted by Intel.

INTEL MAKES NO REPRESENTATIONS ABOUT THE SUITABILITY OF THE INFORMATION CONTAINED IN THE DOCUMENTS AND RELATED GRAPHICS PUBLISHED ON THE WEB SITE FOR ANY PURPOSE. ALL SUCH DOCUMENTS AND RELATED GRAPHICS ARE PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. INTEL HEREBY DISCLAIMS ALL WARRANTIES AND CONDITIONS WITH REGARD TO THIS INFORMATION, INCLUDING ALL WARRANTIES AND CONDITIONS OF MERCHANTABILITY, WHETHER EXPRESS, IMPLIED OR STATUTORY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT. IN NO EVENT SHALL INTEL AND/OR ITS RESPECTIVE SUPPLIERS BE LIABLE FOR ANY SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER RESULTING FROM LOSS OF USE, DATA OR PROFITS, WHETHER IN AN ACTION OF CONTRACT, NEGLIGENCE OR OTHER TORTIOUS ACTION, ARISING OUT OF OR IN CONNECTION WITH THE USE OR PERFORMANCE OF INFORMATION AVAILABLE FROM THE SERVICES.

THE DOCUMENTS AND RELATED GRAPHICS PUBLISHED ON THE WEB SITE COULD INCLUDE TECHNICAL INACCURACIES OR TYPOGRAPHICAL ERRORS. CHANGES ARE PERIODICALLY ADDED TO THE INFORMATION HEREIN. INTEL MAY MAKE IMPROVEMENTS AND/OR CHANGES IN THE PRODUCT(S) AND/OR THE PROGRAM(S) DESCRIBED AT ANY TIME.

(/content/www/us/en/homepage.html) USA (English)

## DMCA Copyright Infringement Claim

Pursuant to Title 17, United States Code, Section 512(c)(2), notifications of claimed copyright infringement should be sent to Service Provider's Designated Agent. INQUIRIES NOT COMPLIANT WITH THE PROCEDURE OUTLINED MAY NOT RECEIVE A RESPONSE.

See Notice and Procedure for Making Claims of Copyright Infringement (/content/www/us/en/legal/dmca-notice-and-procedure.html).

Intel may, in appropriate circumstances, terminate an account holder or subscriber to an Intel Web Site if he or she is a repeat infringer. If you believe that an account holder or subscriber is a repeat infringer, please follow the instructions above to contact Intel's DMCA agent and provide information sufficient for us to verify that the account holder or subscriber is a repeat infringer.

## User Content Submissions

**Definition:** User content submissions may include, but not limited to, user registration, participation, public sharing, posting, uploading, linking, downloading, and transferring, viewing, blogging, commenting, chat room, bulletin board and forum participation, or submitting or transmitting content, including, but not limited to graphics, art, software, code, data, text, video, audio, text, opinions, descriptions etc. (the "User Content") on any Intel web site. The content submitted by users is referred to here after as "User Content".

**Non-Endorsement:** Intel does not endorse any User Content or any opinion, recommendation, or advice expressed therein, and Intel expressly disclaims any and all liability in connection with User Content submissions. Intel does not permit copyright infringing activities and infringement of intellectual property rights on its Web Sites, and Intel will remove User Content if properly notified that such submission infringes on another's intellectual property rights in accordance with the DMCA provisions. Intel reserves the right to remove User Content at its sole discretion and without prior notice.

**Ownership:** Intel does not claim ownership of any User Content submitted, posted, transmitted, made available or displayed on, or through, the Web Sites or Materials, including, but not limited to, data, text, sound, images, videos, diagrams, software, code, audio, information, graphs, or descriptions on the Web Sites or Material. Unless otherwise agreed to in writing, there is no compensation for User Content. Intel is under no obligation to post or use any User Content submitted. Unless otherwise agreed in

Exhibit D, Page 25

writing with an authorized Intel representative, any material information or other communication you transmit or post to a Web Site will be considered non-confidential and non-proprietary.

**License:** Unless other specified on the Web Site or activity terms and conditions, by posting, displaying, uploading, inputting, providing or submitting such user content you grant Intel, necessary sub-licensees and Web Site users, a perpetual, irrevocable and fully sub-licensable license to use worldwide, royalty-free and non-exclusive license, to use, distribute, reproduce, modify, adapt, publish, translate, publicly perform and publicly display the User Content (in whole or in part) and to incorporate such User Content into other works in any format or medium now known or later developed for any and all commercial or non-commercial purposes.

**User Submitted Code:** Any user submitted code or materials posted on an Intel web site is supplied under license from the submitter, and should be used or downloaded in accordance with any license terms specified. Intel is not responsible for user submitted code nor warrants that it will work correctly.

**Warranties and Representations:** By posting or submitting User Content you warrant and represent that you own or otherwise control all of the rights to your submission including, but not limited to, all the rights necessary for you to provide, post, upload, input or submit the User Content. To the extent that the User Content submitted contains images, photographs, pictures or graphical representations in whole or in part ("Images"), you warrant and represent that (a) you are the copyright owner of such Images, or that the copyright owner of such Images has granted you permission to use such Images or any content and/or images contained in such Images consistent with the manner and purpose of your use and as otherwise permitted by these Terms of Use and the Materials, (b) you have the rights necessary to grant the licenses and sub-licenses described in these Terms of Use, and (c) that each person depicted in such Images, if any, has provided consent to the use of the Images as set forth in these Terms of Use.

**Moderation or Pre-Screening:** You acknowledge that Intel may or may not moderate or pre-screen User Content. Intel and its designees retain the right, at Intel's sole discretion to pre-screen, refuse, or remove any User Content from its Web Site or Materials. Intel, however, will have no liability related to the content of any such User Content, whether or not arising under the laws of copyright, libel, privacy, obscenity, or otherwise. Without limiting the foregoing, Intel shall have the right to remove any User Content that violates these Terms of Use.

## Links to Other Materials or Sites

The linked sites are not under the control of Intel and Intel is not responsible for the content of any linked site or any link contained in a linked site. Intel reserves the right to terminate any link or linking program at any time. Intel does not endorse companies or

products to which it links and reserves the right to note as such on its webpages. If you decide to access any of the third party sites linked to this Site, you do this entirely at your own risk.

## Unsolicited Idea Submission Policy

INTEL OR ITS EMPLOYEES DO NOT ACCEPT OR CONSIDER UNSOLICITED IDEAS, INCLUDING IDEAS FOR NEW ADVERTISING CAMPAIGNS, NEW PROMOTIONS, NEW PRODUCTS OR TECHNOLOGIES, PROCESSES, MATERIALS, MARKETING PLANS OR NEW PRODUCT NAMES. PLEASE DO NOT SEND ANY ORIGINAL CREATIVE ARTWORK, SAMPLES, DEMOS, OR OTHER WORKS. THE SOLE PURPOSE OF THIS POLICY IS TO AVOID POTENTIAL MISUNDERSTANDINGS OR DISPUTES WHEN INTEL'S PRODUCTS OR MARKETING STRATEGIES MIGHT SEEM SIMILAR TO IDEAS SUBMITTED TO INTEL. SO, PLEASE DO NOT SEND YOUR UNSOLICITED IDEAS TO INTEL OR ANYONE AT INTEL. IF, DESPITE OUR REQUEST THAT YOU NOT SEND US YOUR IDEAS AND MATERIALS, YOU STILL SEND THEM, PLEASE UNDERSTAND THAT INTEL MAKES NO ASSURANCES THAT YOUR IDEAS AND MATERIALS WILL BE TREATED AS CONFIDENTIAL OR PROPRIETARY.

## General

User access to this Web Site is governed by all applicable federal, state and local laws. All information available on the Web Site is subject to U.S. export control laws and may also be subject to the laws of the country where you reside.

Intel makes no representation that Materials in the site are appropriate or available for use in other locations, and access to them from territories where their content is illegal is prohibited. Those who choose to access this site from other locations do so on their own initiative and are responsible for compliance with applicable local laws.

These Terms constitute the entire agreement between you and Intel Corporation and govern your use of the Site. Each user may be subject to additional terms and conditions that may apply when that user uses affiliate services, third party content or third party software. The Terms and the relationship between you and Intel shall be governed by the laws of the State of Delaware, USA without regard to its conflict of law provisions and each party shall submit to the personal and exclusive jurisdiction of the courts located within the State. If any provision of these Terms is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the Terms remain in full force and effect.

In the case of any violation of these rules and regulations, Intel reserves the right to seek

all remedies available by law and in equity for such violations.

USA (English) (/content/www/us/en/homepage.html)

Intel may revise these Terms of Use at any time by updating this posting. You should visit this page from time to time to review the then-current Terms of Use because they are binding on you. Certain provisions of these Terms of Use may be superseded by expressly designated legal notices or terms located on particular Web Sites or Materials.

Copyright © Intel Corporation. All rights reserved. Intel Corporation, 2200 Mission College Blvd., Santa Clara, CA 95052-8119, USA.
Intel.com Terms of Use version 01042008

Share this page:

Company Information (/content/www/us/en/company-overview/company-overview.html)

Our Commitment (/content/www/us/en/corporate-responsibility/corporate-responsibility.html)

Communities (/content/www/us/en/blogs-communities-social.html)

Investor Relations (http://www.intc.com/)

Contact Us (/content/www/us/en/company-overview/contact-us.html)

Newsroom (http://newsroom.intel.com/)

Jobs (/content/www/us/en/jobs/jobs-at-intel.html)

(https://www.facebook.com/Intel)   (https://twitter.com/intel)

(https://www.linkedin.com/company/intel-corporation)

Exhibit D, Page 28

▶ (https://www.youtube.com/user/channelintel?sub_confirmation=1)   USA (English) (/content/www/us/en/homepage.html)   👤

◻ (http://www.instagram.com/intel)   🔍

© Intel Corporation

Terms of Use (/content/www/us/en/legal/terms-of-use.html)

*Trademarks (/content/www/us/en/legal/trademarks.html)

Privacy (/content/www/us/en/privacy/intel-privacy-notice.html)

Cookies (/content/www/us/en/privacy/intel-cookie-notice.html)

Supply Chain Transparency (/content/www/us/en/policy/policy-human-trafficking-and-slavery.html)

Site Map (/content/www/us/en/siteindex.html)

Exhibit D, Page 29