# EXHIBIT E

☰                                                              QUALCOMM                                                              🔍

# Terms of Use

In this Web Site Terms of Use ("TOU"), we, Qualcomm Incorporated and our affiliates in the Qualcomm group of companies (including, without limitation, Qualcomm Flarion Technologies, Inc., Qualcomm MEMS Technologies, Inc. and Qualcomm Innovation Center, Inc.), set forth the terms by which you may use our sites including www.qualcomm.com and other web sites that we operate and on which we post a direct link to this statement (collectively the "Site"). By using the Site, you are agreeing to this TOU. If you do not agree to this TOU, you may not and should not use the Site.

**Translations**

Chinese                                                                                                          ❯

Indonesian                                                                                                    ❯

Japanese                                                                                                       ❯

Korean                                                                                                           ❯

Portuguese (Brazil)                                                                                       ❯

Spanish (Latin America)                                                                              ❯

**Copyright Notice and Use of the Site.** The contents of the Site are protected by the copyright and other laws of the United States, its treaty countries and other jurisdictions. Except as may otherwise be provided in a written Agreement you have with Qualcomm, you may not modify, copy, reproduce, republish, upload, post, transmit, transfer, or distribute in any way any of the contents of this site. You may download content from this site solely for your personal, non-commercial use (except as may otherwise be provided in a written agreement you have with Qualcomm), provided you keep intact all copyright and other proprietary notices. Any copies of the content must include Qualcomm's copyright notice: © Copyright 2009 QUALCOMM Incorporated. All rights reserved.

Nothing in these materials is an offer to sell any of the components or devices referenced herein. Certain components for use in the U.S. are available only through licensed suppliers. Some

Exhibit E, Page 30

components are not available for use in the U.S.

**Broadcom Notice.** Pursuant to its settlement agreement with Broadcom Corporation, Qualcomm is required to notify you that the sale, license, or other transfer of certain Qualcomm products to Buyer does not convey to Buyer any intellectual property rights (including patent rights) of Broadcom Corporation or any of its affiliates in such Qualcomm products and therefore Buyer should not assume that any such sale, license, or other transfer conveys any such rights to Buyer. Buyer should contact Qualcomm with any questions it may have regarding whether Qualcomm's sale, license, or other transfer of specific Qualcomm products to Buyer conveys to Buyer any rights to Broadcom intellectual property. For those Qualcomm products for which this sale, license, or other transfer does not convey to Buyer any intellectual property rights of Broadcom Corporation or any of its affiliates, neither Broadcom Corporation nor any of its affiliates has consented to or authorized (i) the incorporation of such Qualcomm products in, or the use of such Qualcomm products in combination with, any other products or components, (ii) Buyer's sale of any products incorporating such Qualcomm products, or (iii) the distribution in any jurisdiction of such Qualcomm products where the distribution of such Qualcomm products is deemed to be a putting on the market with Broadcom Corporation's consent or authorization so as to effectuate an exhaustion of rights of any patents. The foregoing shall not modify or abrogate Buyer's obligations under any existing license agreement between Buyer and Broadcom Corporation (or any of its affiliates), including but not limited to Buyer's obligation to pay all royalties and fees specified thereunder, and shall not expand or alter Buyer's rights thereunder.

**Links.** This website may contain links to third party web sites which are controlled and operated by third parties. Your use of each third party web site is subject to the terms of use and other guidelines, if any, contained within the relevant web site. You agree to review and accept such terms of use prior to using such third party web sites.
Qualcomm makes no representations whatsoever about any third party web site which you may access through the website. When you access a third party web site, you agree that it is independent from Qualcomm, and that Qualcomm has no control over any content on that web site. In addition, a link to a third party web site does not mean that Qualcomm accepts any responsibility for the content, or the use, of such web site. It is up to you to take precautions to ensure that whatever you select for your use is free of such items as viruses, worms, trojans and other items of a destructive nature.

**Additional Terms for Forums, Blogs, and Other Social Media.**
Our Site may provide one or more forums, blogs, or other interactive or social media features ("Forums") for visitors to our Site to exchange information with each other and with Qualcomm about Qualcomm's products and services (the "Purpose"). If you use the Forums, in addition to any other terms we may require when you register to use the Forums or otherwise posted at or on the Forums, you agree to the following:

    **Restrictions.** You agree not to use the Forums for any reason other than the Purpose. The material on the Forums is protected by international copyright and trademark laws. Except as

permitted through a "Share" function which we may provide on the Forums (or with our express written permission), you may not modify, copy, reproduce, republish, upload, post, transmit, or distribute in any way any material from the Forums including any code or software we may provide.

**Postings Not Necessarily the Opinion of Qualcomm.** Some of the individuals posting to Forums work for Qualcomm; however, opinions expressed here and in any corresponding comments are the personal opinions of the original authors, and do not necessarily reflect the views of Qualcomm.

**Postings.** Although we may attempt to keep objectionable messages off the Site, it is impossible for us to review all messages. All messages express the views of the author, and Qualcomm will not be held responsible for any message or associated content.
If you post any messages, uploading files, inputting data, or engage in any other form of communication through the Forums (a "Posting"), you represent and warrant the following: (a) you own all right, title, and interest in and to the Posting, or you have been granted sufficient rights in and to the Posting allowing you to post such Posting, (b) you will not post any messages or other materials that are obscene, vulgar, sexually-orientated, hateful, threatening, or otherwise violate any laws, (c) you must not breach obligations of confidentiality that you owe to another party either in posting or using a Posting, (d) any Postings you make to the Site do not infringe any third party copyright, trade marks, any other intellectual property rights or any applicable law and (e) you will indemnify us and our affiliates, partners, licensors, service providers, content providers, and their and our directors, officers, employees and agents against all claims, losses, liabilities, costs, damages and expenses incurred by us or them due to any breach by you of this TOU or your use of the Forums. For the purposes of this section, references to "your use" of the Forums shall be deemed to include any use by a third party where such third party accesses the Forums using your computer. The Forums may include contributions from various sources over which Qualcomm has no control (including any content submitted by third party users). Qualcomm does not pre-screen or exercise editorial control over Postings, and takes no responsibility for such Postings. Qualcomm reserves the right to edit or remove Postings at any time and in its sole discretion, including those that are in breach of this TOU or in breach of any obligation of confidentiality you owe Qualcomm, infringe or are alleged to infringe the intellectual property rights of any third party, or are defamatory, or otherwise are not relevant to the Forums and Qualcomm will not be liable in relation to the removal of, or failure to remove, any Postings.

You take full responsibility for any and all messages and associated content you post to the Forums or exchange through the Forums.

When using the Forums and viewing Postings, you need to be aware of the following issues:

> The Forums may include contributions from various sources over which Qualcomm has no control (including any content submitted by third party users).

Qualcomm does not pre-screen or exercise editorial control over Postings, and takes no responsibility for such Postings.

Qualcomm reserves the right to edit or remove Postings at any time and in its sole discretion, including those that are in breach of this TOU or in breach of any obligation of confidentiality you owe Qualcomm, infringe or are alleged to infringe the intellectual property rights of any third party, or are defamatory, or otherwise are not relevant to the Forums and Qualcomm will not be liable in relation to the removal of, or failure to remove, any Postings.

**Messages to Registered Users.** Our Forums may allow you to send messages directly to other Forum users who have made their contact information available for receiving such messages. You agree to only send messages to other Forum users for the purpose of exchanging information about the Purpose and any other use of the ability to send messages to other Forum users is strictly prohibited. Moreover, you shall not use the contact information made available through the Forum for any of the following: (1) to send unsolicited commercial email (i.e., spam) or any other type of unsolicited commercial message, or (2) to send any message that is vulgar, sexually-orientated, hateful, threatening, or otherwise violates any laws.

**License.** By adding a Posting to the Forum, you are granting Qualcomm a royalty-free, perpetual, non-exclusive, unrestricted, worldwide license to: (a) post, use, copy, sublicense, adapt, transmit, publicly perform or display any such Posting, (b) use, reproduce, modify, adapt, publish, translate, create derivative works from, distribute, perform, play, host, communicate, make available and publish your Posting without restriction and (c) sublicense to third parties the unrestricted right to exercise any of the foregoing rights granted with respect to the Posting. The foregoing grants shall include the right to exploit any ideas, concepts, intellectual property, or proprietary rights in such Posting, including but not limited to rights under copyright, trademark, servicemark or patent laws under any relevant jurisdiction without Qualcomm owing any monies to you whatsoever.

**Qualcomm Employees.** If you are a Qualcomm employee, you must also follow the Qualcomm Social Media Policy in your Postings.

**Posting Guidelines.** Our Forums may contain additional rules or posting guidelines. In such case, you agree to conform your Postings to any such additional rules or posting guidelines.

**Privacy.** In order to operate and provide the Site, we collect certain information about you. Our practices with respect to the information we collect is described in our privacy policy which is available at http://www.qualcomm.com/privacy ("Privacy Policy"). By agreeing to this TOU you are agreeing to our Privacy Policy. Information, including but not limited to personal information, collected through the Site may be stored and processed in the United States or any other country in which Qualcomm or its affiliates, subsidiaries or agents maintain facilities. By using the service, you consent to any such transfer of information outside of your country.

**Disclaimer.** The materials on the Site and on the Forums are provided "as is" and without warranties of any kind either express or implied. Commentary and other materials posted on the

Site and Forums are not intended to amount to advice on which reliance should be placed and we therefore disclaim all liability and responsibility arising from any such reliance.

To the fullest extent permissible pursuant to applicable law, Qualcomm disclaims all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose, title and non-infringement and any other conditions, warranties and other terms which might otherwise be implied by statute, common law or the law of equity. Qualcomm does not warrant that the Site or functions contained in the materials will be uninterrupted or error-free, that defects will be corrected, or that the Site, or the server that makes it available, are free of viruses or other harmful components. Qualcomm does not warrant or make any representations regarding the use or the results of the use of the materials on the Site in terms of correctness, accuracy, timeliness, reliability, or otherwise. You (and not Qualcomm or its licensors) assume the entire cost of all necessary maintenance, repair, or correction.

**Limitation of liability.** Under no circumstances, including, but not limited to, negligence, shall Qualcomm, its subsidiaries and parent companies and affiliates be liable for any direct, indirect, incidental, special or consequential damages that arise or result from or are related to the use of, or the inability to use, the Site or any of the Postings made available on or through the Site. Under no circumstances shall Qualcomm's aggregate liability exceed $5.00. You specifically acknowledge and agree that Qualcomm, its subsidiaries and parent companies and affiliates are not liable for any defamatory, offensive or illegal conduct of any user of the Site or any posting to the Site. If you are dissatisfied with the Site or any materials made available by or through the Site, or with this TOU, your sole and exclusive remedy is to discontinue using the Site.

**Notices of copyright infringement.** Notifications of claimed copyright infringement should be sent to Qualcomm's Designated Agent in writing at the following address:
Qualcomm Incorporated
Attn. Corporate Legal, Copyright Agent
5775 Morehouse Drive
San Diego, CA 92121-1714

Telephone Number of Designated Agent: (858) 845-6363
Facsimile Number of Designated Agent: (858) 845-1249
Email Address of Designated Agent: copyrightagent [at] qualcomm [dot] com

To be effective, the Notification must include the following:

> A physical or electronic signature of the owner whose exclusive right is allegedly infringed or a person authorized to act on his or her behalf;

> Identification of the copyrighted work claimed to have been infringed, or if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

- Identification of the material that is claimed to be infringing or is the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit Qualcomm to locate the material on the Site;

- Information reasonably sufficient to permit Qualcomm to contact the copyright owner or his/her authorized agent including an address, telephone number, and if available, an electronic mail address;

- A statement that the copyright owner or authorized agent has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law;

- A statement that the information in the notification is accurate, and if submitted by the owner's authorized agent a statement under penalty of perjury, that the agent is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Within a commercially reasonable time after receipt of the written Notification containing the information as outlined in 1 through 6 above Qualcomm shall remove or disable access to the material that is alleged to be infringing and forward the written notification to the alleged infringer and take reasonable steps to promptly notify the alleged infringer that Qualcomm has removed or disabled access to the allegedly infringing material.

Counter Notification: To be effective, a Counter Notification must be a written communication provided to Qualcomm's Designated Agent at the above provided address that includes substantially the following:

- A physical or electronic signature of the alleged infringer;

- Identification of the material that has been removed or to which access has been disabled and the location at which the material appeared before it was removed or access to it was disabled;

- A statement under penalty of perjury that the alleged infringer has a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled;

- The alleged infringer's name, address, and telephone number, and a statement that the alleged infringer consents to the jurisdiction of Federal District Court for San Diego County, California, or if the Subscriber's address is outside of the United States, for any judicial district in which Qualcomm may be found, and that the alleged infringer will accept service of process from the person who provided notification or an agent of such person.

After receipt of a Counter Notification containing the information as outlined in 1 through 4 above, Qualcomm shall provide the Complaining Party with a copy of the Counter Notification within a commercially reasonable time and inform the copyright owner or designated agent that Qualcomm will replace the removed material or cease disabling access to it within ten (10) business days. If Qualcomm's designated agent has not received notice from the copyright owner or his/her designated agent within ten (10) business days that an action has been filed seeking a

court order to restrain the alleged infringer from engaging in infringing activity in relation to the allegedly infringing material, Qualcomm shall restore the allegedly infringing material.

**EXPORT RESTRICTIONS.** You must comply with all domestic and international export laws and regulations that may apply to the software or other materials obtained from this Site.

**Trademarks.** Qualcomm is a registered trademark of Qualcomm Incorporated. Certain other product names, brand names and company names mentioned in this site may be trademarks of their respective owners.

**Modification & Termination.** This TOU is effective until modified or terminated by Qualcomm. Qualcomm may modify this TOU from time to time and the new TOU will be effective when posted. Qualcomm may also terminate this TOU at any time without notice to you. In the event of termination, you are no longer authorized to access the Site and the restrictions imposed on you with respect to material downloaded from the Site, the disclaimers and limitations of liabilities, and export restrictions set forth in this agreement, shall survive.

**General.** This TOU shall be governed by and construed in accordance with the laws of the State of California without giving effect to any principles or conflicts of law. If any provision of this TOU shall be unlawful, void or for any reason unenforceable, then that provision shall be deemed severable from this agreement and shall not affect the validity and enforceability of any remaining provisions.

Effective: December 17, 2009



Site Map

Language

More Sites

About Qualcomm | Careers | Offices | Contact Us | Support

Terms of Use | Privacy | Cookies | Site Map

Exhibit E, Page 36

©2017 Qualcomm Technologies, Inc. and/or its affiliated companies.

Nothing in these materials is an offer to sell any of the components or devices referenced herein.
References to "Qualcomm"; may mean Qualcomm Incorporated, or subsidiaries or business units within the Qualcomm corporate structure, as applicable.
Materials that are as of a specific date, including but not limited to press releases, presentations, blog posts and webcasts, may have been superseded by subsequent events or disclosures.
Qualcomm Incorporated includes Qualcomm's licensing business, QTL, and the vast majority of its patent portfolio. Qualcomm Technologies, Inc., a wholly-owned subsidiary of Qualcomm Incorporated, operates, along with its subsidiaries, substantially all of Qualcomm's engineering, research and development functions, and substantially all of its products and services businesses. Qualcomm products referenced on this page are products of Qualcomm Technologies, Inc. and/or its subsidiaries.