# EXHIBIT H

(http://www.radio-electronics.com/)

LinkedIn (https://www.linkedin.com/company/radio-electronics-com)

YouTube (https://www.youtube.com/user/radioelectronicscom)    Twitter (http://twitter.com/RadioElec)

News feed (/rss.php)    Newsletter (/newsletter/)

Google+ (https://plus.google.com/102744187429709400446?prsrc=3)

Custom Search    Search



WIRELESS CONNECTIVITY (HTTP://WWW.RADIO-ELECTRONICS.COM/INFO/WIRELESS/)

# IEEE 802.16 WiMAX standards

- overview, information or tutorial about the WiMAX IEEE 802.16 standards, including 802.16d (802.16-2004) and 802.16e (802.16-2005).

**IN THIS SECTION**

WiMAX IEEE 802.16 tutorial (wimax.php)    WiMAX history (history.php)

WiMAX IEEE 802.16 standards (ieee-802-16-standards.php)

WiMAX physical layer, & modulation (physical-layer-ofdm-mimo-modulation.php)

WiMAX frequencies & spectrum (frequencies-spectrum.php)    WiMAX MAC layer (mac-layer.php)

WiMAX QoS (qos-quality-of-service.php)    WiMAX network architecture (network-architecture.php)

WiMAX security (security-encryption-authentication.php)    WiMAX testing (wimax_test.php)

WiMAX TDD and FDD comparison (wimax-tdd-fdd-comparison.php)

The standards board of the IEEE (Institute of Electrical and Electronics Engineers) based in the USA set up a working group to address Broadband Wireless Access Standards under the 802.16 banner. Its aim was to prepare formal standards that would be used for the deployment of broadband metropolitan area networks around the world.

Although the standards for the physical and MAC layers are defined under 802.16, the technology has been named WiMAX (Worldwide interoperability of Microwave Access) and issues, including interoperability, certification and promotion of the system are handled by the WiMAX Forum.

Exhibit H, Page 165

# Relationship with WiMAX Forum

The WiMAX Forum was formed in June 2001. Its aim is to promote and certify compatibility and interoperability of broadband wireless products. In particular its focus is on the IEEE 802.16 standard which has been aligned with the ETSI HiperMAN standard. In this role the WiMAX Forum works with the IEEE 802.16 working group.

# 802.16 Standards and Amendments

Although the original 802.16 standard along with amendments a, b, and c are now withdrawn, there are still many documents that are being used for defining and evolving the 802.16 standard. A summary of the major documents, including those that have been withdrawn is given below:

| STANDARD / AMENDMENT | COMMENTS |
|---|---|
| 802.16 | Now withdrawn. This is the basic 802.16 standard that was released in 2001. It provided for basic high data links at frequencies between 11 and 60 GHz. |
| 802.16a | Now withdrawn. This amendment addressed certain spectrum issues and enabled the standard to be used at frequencies below the 11 GHz minimum of the original standard. |
| 802.16b | Now withdrawn. It increased the spectrum that was specified to include frequencies between 5 and 6 GHz while also providing for Quality of Service aspects. |
| 802.16c | Now withdrawn. This amendment to 802.16 provided a system profile for operating between 10 and 66 GHz and provided more details for operations within this range. The aim was to enable greater levels of interoperability. |
| 802.16d (802.16-2004) | This amendment was also known as 802.16-2004 in view of the fact that it was released in 2004. It was a major revision of the 802.16 standard and upon its release, all previous documents were withdrawn. The standard / amendment provided a number of fixes and improvements to 802.16a including the use of 256 carrier OFDM. Profiles for compliance testing are also provided, and the standard was aligned with the ETSI HiperMAN standard to allow for global deployment. The standard only addressed fixed operation. |
| 802.16e (802.16-2005) | This standard, also known as 802.16-2005 in view of its release date, provided for nomadic and mobile use. With lower data rates of 15 Mbps against to 70 Mbps of 802.16d, it enabled full nomadic and mobile use including handover. |
| 802.16f | Management information base |
| 802.16g | Management plane procedures and services |
| 802.16h | Improved coexistence mechanisms for license-exempt operation |
| 802.16j | Multi-hop relay specification |
| 802.16k | 802.16 bridging |
| 802.16m | Advanced air interface. This amendment is looking toth e future and it is anticipated it will provide data rates of 100 Mbps for mobile applications and 1 Gbps for fixed applications. It will allow cellular, macro and micro cell coverage, with currently there are no restrictions on the RF bandwidth although it is expected to be 20 MHz or more. |

**Summary of the IEEE 802.16 standards**

In view of the fact that it is necessary for standards such as 802.16 to continually move forward, further amendments and documents will be issued as new development take place. Only by taking account of the way in which technology is moving and the new requirements for 802.16, can it keep pace with the needs of the users. One good example of a standard that has evolved is Ethernet. This standard has remained in use for many years, and will do so for many years to come. This has been achieved by simply upgrading the standard to keep pace with the needs of the users. In this way it has been the major networking standard for over 30 years. This too could be true for the IEEE 802.16 standard.

*By Ian Poole (https://plus.google.com/104687638164370436625?rel=author)*

Exhibit H, Page 166

<< Previous (history.php)   |   Next >> (physical-layer-ofdm-mimo-modulation.php)

## Share this page



Share   0   Share 0   Tweet   G+

Want more like this? Register for our newsletter (/newsletter/)

### MORE WIRELESS TUTORIALS

- Wi-Fi 802.11 (/info/wireless/wi-fi/ieee-802-11-standards-tutorial.php)
- Bluetooth (/info/wireless/bluetooth/bluetooth_overview.php)
- 802.15.4 (/info/wireless/ieee-802-15-4/wireless-standard-technology.php)
- SRDs (/info/wireless/srd/short-range-devices-cept-etsi.php)
- NFC (/info/wireless/nfc/near-field-communications-tutorial.php)
- LoRa (/info/wireless/lora/basics-tutorial.php)
- RFID (/info/wireless/radio-frequency-identification-rfid/technology-tutorial-basics.php)
- Thread (/info/wireless/thread/basics-tutorial.php)     WiMAX (/info/wireless/wimax/wimax.php)
- Zigbee (/info/wireless/zigbee/zigbee.php)     SIGFOX (/info/wireless/sigfox/basics-tutorial.php)
- EnOcean (/info/wireless/enocean/basics-tutorial.php)
- IEEE 802.22 WRAN (/info/wireless/ieee-802-22/ieee80222-wran-standard.php)
- DECT (/info/wireless/dect/dect_basics.php)     TransferJet (/info/wireless/transferjet/basics-tutorial.php)
- WHDI (/info/wireless/whdi/tutorial-basics.php)
- WM Bus (/info/wireless/wireless-m-bus/basics-tutorial.php)
- Z-Wave (/info/wireless/z-wave/basics-tutorial.php)     6LowPan (/info/wireless/6lowpan/basics-tutorial.php)



Exhibit H, Page 167



Latest news

Expanded WLAN measurements under realistic operating conditions (/news/wireless-technology/expanded-wlan-measurements-under-realistic-operating-8843)

Peratech raises $12.4 million to scale up technology solutions (/news/electronics-components/peratech-raises-124-million-to-scale-8846)

Response to California small cell bill veto (/news/cellular-telecoms/response-to-california-small-cell-bill-8845)

Magnetic system transforms heat into motion (/news/electronics-components/magnetic-system-transforms-heat-into-motion-8844)

Innovative drivetrains for 3rd-generation electric vehicles (/news/electronics-components/innovative-drivetrains-for-3rd-generation-electric-vehicles-8842)

. . . . **More News (http://www.radio-electronics.com/news.php)**

FOCUS ON WIRELESS (/TECH-ZONE/DIGIKEY/)

A Modular Approach to IoT Application Development - Part 2: Software Design (https://ad.doubleclick.net/ddm/clk/406214487;206497422;h?https://www.digikey.com/en/articles/techzone/2017/aug/a-modular-approach-to-iot-application-development-part-2)

A Modular Approach to IoT Application Development - Part 1: Hardware Choices (https://ad.doubleclick.net/ddm/clk/406225792;206497422;i?https://www.digikey.com/en/articles/techzone/2017/aug/a-modular-approach-to-iot-application-development-part-1)

Exhibit H, Page 168

Adding Connectivity to IoT Applications through Personal and Wide Area Networks (https://ad.doubleclick.net/ddm/clk/406225789;206497422;o? https://www.digikey.com/en/articles/techzone/2017/aug/adding-connectivity-iot-applications-personal-wide-area-networks)

Hardware Encryption Hardens Wireless MCUs Against Hacks (https://ad.doubleclick.net/ddm/clk/406216353;206497422;b? https://www.digikey.com/en/articles/techzone/2017/aug/hardware-encryption-hardens-wireless-mcus-against-hacks)

**More Focus on Wireless (/tech-zone/digikey/)**

FOCUS ON TEST (/TECH-ZONE/FOCUS_ON_TEST/)

Antenna Beam Characterization of 5G Mobile Devices and Base Stations (https://www.rohde-schwarz.com/applications/antenna-beam-characterization-of-5g-mobile-devices-and-base-stations-using-the-r-s-nrpm-over-the-air-ota-power-measurement-solution-application-note_56280-471745.html? WT.mc_id=site_com_mc_111_re_17-18__1gp118_ros_)

Antenna Array Testing - Conducted and Over the Air: The Way to 5G (https://www.rohde-schwarz.com/applications/antenna-array-testing-conducted-and-over-the-air-the-way-to-5g-white-paper_230854-353344.html? WT.mc_id=site_com_mc_111_re_17-18__1ma286_ros_text-link__)

Outphasing, Envelope & Doherty Transmitter Test & Measurement (https://www.rohde-schwarz.com/applications/outphasing-envelope-doherty-transmitter-test-measurement-application-note_56280-463104.html? WT.mc_id=site_com_mc_111_re_17-18__1ma289_ros_text-link__)

Exhibit H, Page 169

Multi-Channel Signal Generation Applications with R&S®SMW200A (https://www.rohde-schwarz.com/product/fpc1000-productstartpage_63493-363458.html?WT.mc_id=site_com_mc_111_re_17-18__fpc1000-featured-product_ros_text-link__)

***More Focus on Test (/tech-zone/focus_on_test/)***

INDUSTRY CURRENTS BLOG (/INDUSTRY-CURRENTS/)



Scott Soong | Pervasive Displays
**What makes e-paper the best display technology for Makers? (/industry-currents/posts/what-makes-e-paper-best-display-technology-for-makers)**
Scott Soong of Pervasive Displays discusses how e-paper technology is contributing to the world of makers rather than just major companies enabling makers to utilise its advantages in projects based around Raspberry Pi and other single board computers.

TRAINING COURSES (/LEARNING-TRAINING-COURSES/)

**Online - Fundamentals of Modern RF and Wireless Communications Engineering (/learning-training-courses/courses_item.php?id=radio-engineering/online---fundamentals-of-modern-rf-86)**

Exhibit H, Page 170

This on-line course enables you to quickly get up-to-speed & understand key concepts of modern radio frequency, RF & wireless communications systems

**More training courses (/learning-training-courses/)**

RECOMMENDED WHITEPAPER (/WHITEPAPERS.PHP)

**RF Power Measurement Solution for Multi-antenna MIMO Transmissions (http://www.radio-electronics.com/whitepapers/rf-power-measurement-solution-for-multi-antenna-13)**

Keysight provides this whitepaper detailing a new RF power measurement solution that addresses the revised EN 300 328 v.1.8.1 and EN 301 893 v1.7.1 standard for MIMO.

**More whitepapers (/whitepapers.php)**

**Forthcoming Events**

Demystifying Vector Network Analysis (/event/demystifying-vector-network-analysis-80)

Demystifying Spectrum and Signal Analysis (/event/demystifying-spectrum-and-signal-analysis-79)

LAPC 2017: Loughborough Antennas and Propagation Conference (/event/lapc-2017-loughborough-antennas-and-propagation-73)

productronica (/event/productronica-11)

NIDays: London (/event/nidays-london-78)

Exhibit H, Page 171

Demystifying EMC from Rohde & Schwarz (/event/demystifying-emc-from-rohde-schwarz-71)

. . . . **More Events (http://www.radio-electronics.com/events-exhibitions-trade-shows/)**

**Popular Articles**

Beam forming for 5G communication systems (/articles/antennas-propagation/beam-forming-for-5g-communication-systems-179)

Practical PCB Design using DesignSpark PCB (/articles/circuit-design/practical-pcb-design-using-designspark-pcb-143)

Resolving EMI common mode & normal mode noise (/articles/circuit-design/resolving-emi-common-mode-normal-146)

2017 Forecast For Electronic Components Market (/articles/electronics-components/2017-forecast-for-electronic-components-market-199)

Digital vs Analogue Power Supplies - Finding the right balance (/articles/power-management/digital-vs-analogue-power-supplies---112)

. . . . **More Articles (http://www.radio-electronics.com/articles.php)**

Exhibit H, Page 172



**THE WEBSITE**

About us (/rec-information/about-us.php)

Privacy Policy (/rec-information/privacy-policy.php)

Submit news / articles (/rec-information/article-submission.php)

Advertise with us (/rec-information/advertising.php)

**SECTIONS**

News (/news.php)

Articles (/articles.php)

Training (/learning-training-courses/)

Jobs (/electronics-software-jobs/)

Events (/events-exhibitions-trade-shows/)

Bookshop (/bookstore/)

Equipment store (/test-equipment-shop/)

Whitepapers (/whitepapers.php)

**CHANNELS**

Antennas & propagation (/info/antennas/)

Cellular telecoms (/info/cellulartelecomms/)

Circuit design (/info/circuits/)

Components (/info/data/)

Power management (/info/power-management/)

RF technology (/info/rf-technology-design/)

Test (/info/t_and_m/)

Wireless (/info/wireless/)

Broadcast technology (/info/broadcast/)

Embedded (/info/processing-embedded/)

Design principles (/info/electronics-design/)

Distribution (/info/distribution-supply/)

Formulae (/info/formulae/)

Manufacture (/info/manufacture/)

Satellites (/info/satellite/)

Telecoms & networks (/info/telecommunications_networks/)

History (/info/radio_history/)

Exhibit H, Page 173

Radio-Electronics.com is operated and owned by Adrio Communications Ltd and edited by Ian Poole. All information is © Adrio Communications Ltd and may not be copied except for individual personal use. This includes copying material in whatever form into website pages. While every effort is made to ensure the accuracy of the information on Radio-Electronics.com, no liability is accepted for any consequences of using it. This site uses cookies. By using this site, these terms including the use of cookies are accepted. More explanation can be found in our Privacy Policy