JOHN ALLCOCK (Bar No. 98895)
john.allcock@dlapiper.com
SEAN C. CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
ERIN GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
ROBERT WILLIAMS (Bar No. 246990)
robert.williams@dlapiper.com
TIFFANY MILLER (Bar No. 246987)
tiffany.miller@dlapiper.com
JACOB ANDERSON (Bar No. 265768)
jacob.anderson@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

ROBERT BUERGI (Bar No. 242910)
robert.buergi@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

MARK C. SCARSI (Bar No. 183926)
mscarsi@milbank.com
ASHLEE N. LIN (Bar No. 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY &
MCCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Tel:  424.386.4000
Fax:  213.629.5063

CHRISTOPHER J. GASPAR
(*admitted pro hac vice*)
cgaspar@milbank.com
MILBANK, TWEED, HADLEY
& MCCLOY LLP
28 Liberty Street
New York, NY 10005
Tel:  212.530.5000
Fax:  212.822.5019

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>WI-LAN, INC.,<br><br>        Defendant.<br><br><br><br>AND RELATED<br>COUNTERCLAIMS | CASE NO.  3:14-cv-02235-DMS-BLM (lead case);<br>CASE NO.  3:14-cv-1507-DMS-BLM (consolidated)<br><br>**APPLE INC.'S NOTICE OF *EX PARTE* MOTION TO STRIKE NEW STANWOOD DECLARATION SUBMITTED WITH WI-LAN'S REPLY BRIEF [DKT. NO. 189]**<br><br>Dept:  13A<br>Judge:  Hon. Dana M. Sabraw<br>Magistrate Judge:  Hon. Barbara L. Major |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Apple Inc. respectfully requests an order striking as untimely the Declaration of Kenneth Stanwood in Support of Wi-LAN Inc.'s Reply Brief in Support of Its Motion to Compel (Dkt. No. 189-1) and the new arguments in the reply brief that rely on or cite to the untimely Stanwood declaration (Dkt. No. 189). In the alternative, Apple respectfully requests leave to submit a brief sur-reply to respond to Wi-LAN's untimely evidence and argument. At a minimum, the requested relief is appropriate because the untimely Stanwood declaration and the new arguments in the reply brief fail to comply with Civil Local Rule 7.1(f)(1).

This Motion is based on this Notice of *Ex Parte* Motion, the accompanying Memorandum of Points and Authorities, the supporting declaration and exhibits attached thereto, all of which are served and filed herewith, the complete records and files of this action, and any argument or additional evidence that is permitted by this Court.

Apple is without fault in creating the need for *ex parte* relief before the Court rules on Wi-LAN's motion to compel, and Apple will suffer prejudice if the new material submitted in support of the reply brief is not stricken and/or Apple is unable to address that new material in a sur-reply brief.

On November 6, 2017, counsel for Wi-LAN stated it would oppose this motion. Anderson Decl., ¶ 5.

1

2      Dated:  November 6, 2017

3                                                    DLA PIPER LLP (US)

4                                                    By _/s/ Sean C. Cunningham_____
                                                         JOHN ALLCOCK
5                                                        SEAN C. CUNNINGHAM
                                                         ERIN GIBSON
6                                                        ROBERT BUERGI
                                                         ROBERT WILLIAMS
7                                                        TIFFANY MILLER
                                                         JACOB ANDERSON

8                                                        Mark C. Scarsi
                                                         Ashlee N. Lin
9                                                        MILBANK, TWEED, HADLEY &
                                                         MCCLOY LLP
10                                                       2029 Century Park East, 33rd Floor
                                                         Los Angeles, CA 90067

11

12                                                       Christopher J. Gaspar
                                                         MILBANK, TWEED, HADLEY &
13                                                       MCCLOY LLP
                                                         28 Liberty Street
                                                         New York, NY 10005

14

15                                                       Attorneys for Plaintiff
                                                         APPLE INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

  I hereby certify that on November 6, 2017, I electronically transmitted the

3

attached document to the Clerk's Office using the CM/ECF System for filing and

4

transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

5

6

           /s/ *Sean C. Cunningham*
           Sean C. Cunningham

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-