| | | |
|---|---|---|
| 1 | JOHN ALLCOCK (Bar No. 98895)<br>john.allcock@dlapiper.com | MARK C. SCARSI (Bar No. 183926) |
| 2 | SEAN C. CUNNINGHAM (Bar No. 174931)<br>sean.cunningham@dlapiper.com | mscarsi@milbank.com<br>ASHLEE N. LIN (Bar No. 275267) |
| 3 | ERIN GIBSON (Bar No. 229305)<br>erin.gibson@dlapiper.com | anlin@milbank.com |
| 4 | ROBERT WILLIAMS (Bar No. 246990)<br>robert.williams@dlapiper.com | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 5 | TIFFANY MILLER (Bar No. 246987)<br>tiffany.miller@dlapiper.com | 2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| 6 | DLA PIPER LLP (US)<br>401 B Street, Suite 1700 | Tel: 424.386.4000<br>Fax: 213.629.5063 |
| 7 | San Diego, California 92101-4297<br>Tel: 619.699.2700 | CHRISTOPHER J. GASPAR |
| 8 | Fax: 619.699.2701 | (*admitted pro hac vice*)<br>cgaspar@milbank.com |
| 9 | ROBERT BUERGI (Bar No. 242910)<br>robert.buergi@dlapiper.com | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 10 | DLA PIPER LLP (US)<br>2000 University Avenue | 28 Liberty Street<br>New York, NY 10005 |
| 11 | East Palo Alto, CA 94303-2215<br>Tel: 650.833.2000 | Tel: 212.530.5000<br>Fax: 212.822.5019 |
| 12 | Fax: 650.833.2001 | |

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>WI-LAN, INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 3:14-cv-02235-DMS-BLM (lead case);<br>CASE NO. 3:14-cv-1507-DMS-BLM (consolidated)<br><br>**DECLARATION OF JACOB ANDERSON IN SUPPORT OF APPLE INC.'S *EX PARTE* MOTION TO STRIKE NEW STANWOOD DECLARATION SUBMITTED WITH WI-LAN'S REPLY BRIEF [DKT. NO. 189]**<br><br>Dept: 13A<br>Judge: Hon. Dana M. Sabraw<br>Magistrate Judge: Hon. Barbara L. Major |

I, Jacob Anderson, declare:

1. I am an associate with the law firm of DLA Piper LLP (US), counsel of record for Plaintiff Apple Inc. ("Apple") in this case. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to these facts under oath.

2. Attached hereto as Exhibit 1 is a true and correct copy of an excerpt of a transcript from the deposition of Kenneth Stanwood, taken in the case titled *Wi-LAN USA, Inc., et al. v. Telefonaktiebolaget LM Ericsson, et al.*, and dated May 14, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of an article titled "Fixed vs. Mobile WiMAX: An Apples to Oranges Comparison of Two Wireless Broadband Technologies," dated April 2009, and available at http://www.tranzeo.com/allowed/WP_Tranzeo_WiMAX_WEB.pdf (last accessed November 6, 2017).

4. Attached hereto as Exhibit 3 is a true and correct copy of a document excerpt titled "Establishment of Rules and Policies for the Digital Audio Radio Satellite Service in the 2310-2360 MHz Frequency Band," with a released date of May 20, 2010.

5. On November 6, 2017, counsel for Wi-LAN stated it would oppose this motion.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on November 6, 2017 at San Diego, California.

*/s/ Jacob Anderson*
Jacob Anderson

**TABLE OF CONTENTS**

**EXHIBITS**

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Excerpt of May 14, 2013 deposition transcript of Kenneth Stanwood taken in *Wi-LAN USA, Inc., et al. v. Telefonaktiebolaget LM Ericsson, et al.* | 2-4 |
| 2 | Article titled "Fixed vs. Mobile WiMAX: An Apples to Oranges Comparison of Two Wireless Broadband Technologies" | 5-7 |
| 3 | Report titled "Establishment of Rules and Policies for the Digital Audio Radio Satellite Service in the 2310-2360 MHz Frequency Band" | 8-10 |