# EXHIBIT 1

Page 1

1                    STANWOOD
2          UNITED STATES DISTRICT COURT
3          SOUTHERN DISTRICT OF NEW YORK
4
5   Case No. 1:12-23569-Civ-MIDDLEBROOKS/BRANNON
6   ------------------------------
7   WI-LAN USA, INC. and WI-LAN, INC.,
8
9                    Plaintiffs,
10
11  vs.
12
13  TELEFONAKTIEBOLAGET LM ERICSSON
14  and ERICSSON, INC.,
15
16                   Defendants.
17  ------------------------------
18
19      VIDEOTAPED DEPOSITION OF KENNETH STANWOOD
20                  DALLAS, TEXAS
21                  MAY 14, 2013
22
23  Reported by:
24  Susan S. Klinger, RMR-CRR, CSR
25  Job No.: 61035

Case 3:14-cv-02235-DMS-BLM Document 198-2 Filed 11/06/17 PageID.7447 Page 3 of 4
Case 1:12-cv-23569-DMM Document 186-6 Entered on FLSD Docket 1/07/2014 Page 41 of 50

Page 261

1                    STANWOOD

2    WiMAX?

3         A.    WiMAX or 802.16?

4         Q.    Would it be a different answer?

5         A.    Yes.

6         Q.    Well, let's start with WiMAX.

7         A.    The WiMAX forum was established as a
8    California nonprofit corporation in the 2000 to
9    early 2001 time frame. The first meeting was
10   in April of 2001. I attended that first
11   meeting.

12        Q.    When did you first get involved with
13   802.16?

14        A.    I think it was early 1999, but it
15   may have been --

16        Q.    What caused you to get involved with
17   802.16?

18        A.    802.16 was chartered to develop a
19   point-to-multipoint broadband wireless access
20   standard. Ensemble wanted to be involved in
21   both the development of that standard and
22   understanding the standard so that we could
23   eventually make standards compliant products.

24        Q.    Were there competing standards at
25   the time?

Case 3:14-cv-02235-DMS-BLM Document 198-2 Filed 11/06/17 PageID.7449 Page 4 of 4
Case 1:12-cv-23569-DMM Document 186-6 Entered on FLSD Docket 01/07/2014 Page 42 of 50

Page 262

1           STANWOOD

2       A.    The competing standards effort at
3   that point in time was ETSI BRAN.
4       Q.    And how did ETSI BRAN and 802.16
5   differ conceptually?
6       A.    802.16 was more packet oriented, if
7   you'd like, more emphasis on being able to
8   transport IP packets while still being able to
9   transport ATM.  ETSI BRAN concentrated more on
10  the transport of ATM, and a much more rigid
11  fixed structure because of that.
12      Q.    And was it intended to be a
13  so-called 4G, or fourth generation technology?
14      A.    We weren't really discussing using
15  those terms at that point in time.  This was
16  the early days of broadband wireless access.
17      Q.    And did there come a time in
18  connection with 802.16 where there were
19  discussions about what generation it was?
20      A.    There's been a lot of discussions in
21  a lot of the standards about whether something
22  is 3G, 4G, 4.1G, and nobody agrees.
23      Q.    Was 802.16 marketed as a generation?
24      A.    Not by me.  Some people may have
25  claimed their equipment was 3G or 4G, but I