# EXHIBIT 3

Case 3:14-cv-02235-DMS-BLM  Document 198-5  Filed 11/06/17  PageID.7455  Page 2 of 4

IN THE MATTER OF AMENDMENT OF PART 27 OF..., 25 FCC Rcd. 11710...

25 FCC Rcd. 11710 (F.C.C.), 25 F.C.C.R. 11710, 50 Communications Reg. (P&F) 650, 2010 WL 2020824

NOTE: An Erratum is attached to the end of this document

NOTE: A Second Erratum is attached to the end of this document

Federal Communications Commission (F.C.C.)
Report and Order and Second Report and Order

IN THE MATTER OF AMENDMENT OF PART 27 OF THE COMMISSION'S RULES TO GOVERN THE OPERATION OF WIRELESS COMMUNICATIONS SERVICES IN THE 2.3 GHZ BAND

WT Docket No. 07-293

Establishment of Rules and Policies for the Digital Audio
Radio Satellite Service in the 2310-2360 MHz Frequency Band

IB Docket No. 95-91
GEN Docket No. 90-357
RM-8610
FCC 10-82
Adopted: May 20, 2010
Released: May 20, 2010

**1  *11710  By the Commission:

*11711  I. INTRODUCTION

1. By our actions today, we make available an additional 25 megahertz of spectrum for mobile broadband service in much of the United States, while protecting adjacent satellite radio, aeronautical mobile telemetry, and deep space network operations. Although the current technical rules for Wireless Communications Service (WCS) in the 2.3 GHz band effectively limit terrestrial operations to fixed services, we find today that these technical rules can be changed without risking harmful interference to neighboring operations, and that these changes will enable licensees to provide mobile broadband services in 25 megahertz of the WCS band. To ensure that the promise of mobile broadband is realized, we adopt new build-out requirements for WCS licensees. In addition, to make possible high-quality satellite radio services to the American public, we adopt rules governing the use of terrestrial repeaters by Satellite Digital Audio Radio Service (SDARS) licensees.

*11712  2. The current Part 27 rules preclude WCS licensees from providing mobile broadband services, and the current Part 25 rules do not provide technical rules or a licensing regime for SDARS terrestrial repeaters, which are currently authorized via special temporary authority on a non-interference basis. In the Report and Order in WT Docket No. 07-293, we adopt final rules for the WCS that will modify the technical parameters governing the operation of WCS mobile and portable devices and thereby provide WCS licensees with the ability to offer mobile broadband services, while limiting the potential for harmful interference to incumbent services operating in adjacent bands. In the Second Report and Order in IB Docket No. 95-91, we adopt technical rules governing the operation of SDARS terrestrial repeaters that will not impede their deployment or function, but will limit the potential for harmful interference to adjacent bands' WCS spectrum users, and adopt a blanket-licensing regime for SDARS repeaters to promote their flexible deployment.

| | |
|---|---|
| 73 | Section 27.14(a) of the Commission's rules provides that 2.3 GHz WCS licensees "must, as a performance requirement, make a showing of 'substantial service' in their license area within the prescribed license term set forth in § 27.13." 47 C.F.R. § 27.14(a). The rule defines substantial service "as service which is sound, favorable and substantially above a level of mediocre service which just might minimally warrant renewal." *Id.* Section 27.14(a) provides that failure by any WCS licensee to meet its performance "requirement will result in forfeiture of the license and the licensee will be ineligible to regain it." *Id.* |
| 74 | *See* Federal Communications Commission Requests Comment on Revision of Performance Requirements for 2.3 GHz Wireless Communications Service, WT Docket No. 07-293, Public Notice, FCC 10-46, 75 Fed. Reg. 17349 (rel. Mar. 29, 2010). |
| 75 | *Id.* at 2-3. |
| 76 | A list of these commenters is shown in Appendix A to this Order. |
| 77 | *See* Commission Staff Requests That Interested Parties Supplement the Record On Draft Interference Rules for Wireless Communications Service and Satellite Digital Audio Radio Service, WT Docket No. 07-293, IB Docket No. 95-91, GEN Docket No. 90-357, RM No. 8610, Public Notice, DA 10-592 (rel. Apr. 2, 2010). |
| 78 | *Id.* |
| 79 | A list of these commenters is shown in Appendix A to this Order. |
| 80 | *See* Implementation of Section 6002(b) of the Omnibus Budget Reconciliation Act of 1993, WT Docket No. 08-27; Annual Report and Analysis of Competitive Market Conditions With Respect to Commercial Mobile Services, *Thirteenth Report*, 24 FCC Rcd 6185, 6280-81 ¶ 197 (WTB 2009). |
| 81 | *See* Connecting America: The National Broadband Plan at 75. |
| 82 | *See* Annual Report Pursuant to Section 13 of 15(d) of the Securities Exchange Act of 1934 for Fiscal Year Ended December 31, 2009, Sirius XM Radio Inc. (filed February 25, 2010), at 2, *available at* http:// files.shareholder.com/downloads/ SIRI/902162459x0xS950123-10-17181/908937/filing.pdf. |
| 83 | Today, the top 15 markets covered by repeaters include Atlanta, Boston, Chicago, Dallas, Detroit, Las Vegas, Los Angeles, Miami, Minneapolis, New York, Philadelphia, Pittsburgh, San Francisco, Seattle, and Washington, DC. |
| 84 | Harmful interference is defined as: "Interference which endangers the functioning of a radionavigation service or of other safety services or seriously degrades, obstructs, or repeatedly interrupts a radiocommunication service operating in accordance with [the ITU] Radio Regulations. 47 C.F.R. § 2.1. |
| 85 | The WCS Coalition was founded by the Wireless Communications Association International, Inc. ("WCA") and includes Horizon Wi-Com LLC ("Horizon"), AT&T Inc., Comcast Corporation, NTELOS Inc. and NextWave Broadband Inc., who collectively hold virtually all the 2305-2320/2345-2360 MHz WCS spectrum within the United States. *See* WCS Coalition Comments (dated Feb. 14, 2008) at 1, n.1. |
| 86 | See paras. 55-58 and 93-96, *infra*. |
| 87 | Average power is determined only when a device is transmitting and does not include periods of time when the device is turned off. |
| 88 | *See* n.5, *supra*. |
| 89 | Under current Section 27.53(a)(9), portable devices in the 2305-2315 MHz band may operate subject to an OOBE attenuation factor of 93 + 10 log (P) dB into the SDARS band, provided that they meet certain technical requirements. 47 C.F.R. § 27.53(a)(9). |
| 90 | 47 C.F.R § 27.50(a)(1). |
| 91 | CDMA is a wideband spread-spectrum technology that, *inter alia*, employs a special coding scheme, with each signal assigned a digital code. OFDM is a digital multi-carrier modulation scheme in which each signal is split into multiple smaller sub-signals that are then transmitted simultaneously at different frequencies to the receiver. But OFDM-based technologies can exhibit infrequent undesired power spikes. The larger the power spike, the greater the magnitude of the PAPR. There are, however, a number of solutions, both theoretical and practical, that can be used to substantially mitigate the effects of the PAPR. Examples of PAPR reduction include the use of simultaneously transmitted independently modulated streams in the uplink, based on Discrete Fourier Transform Spread-OFDM (DFTS-OFDM), as well as interleaved sub-carriers schemes that are currently being implemented in long term evolution (LTE) networks. Although such schemes are not part of the IEEE's 802.16e standard, the IEEE 802.16m study group is working on a similar scheme for its uplink/reverse link. |
| 92 | WCS licensees may provide any service for which their frequency bands are allocated, including fixed, mobile, radiolocation, and audio broadcasting-satellite services. *See* 47 C.F.R. §§ 2.106, 27.2(a). WCS proposals are based in large part on the desired use of the WiMAX, which is a protocol based on the harmonized IEEE 802.16/ETSI High Performance Metropolitan Area Network (HiperMAN) standard. WiMAX is sometimes referred to as the Wireless Metropolitan Area Network (WirelessMAN) standard and is used to provide fixed and mobile broadband services over distances ranging up to 10 miles (16 km), with average cell ranges for most WiMAX networks in the 4-5 mile range (6.4-8 km), depending, *inter alia*, on the |

Case 3:14-cv-02235-DMS-BLM   Document 198-5   Filed 11/06/17   PageID.7456   Page 4 of 4

IN THE MATTER OF AMENDMENT OF PART 27 OF..., 25 FCC Rcd. 11710...

|     |     |
| --- | --- |
|     | frequency. *See* "What is the Range of WiMAX?" at http://www.wimax.com/education/faq/faq/31. In fixed WiMAX networks, both the base stations and subscriber stations are stationary during use. In mobile WiMAX networks, subscriber stations (mobile and portable devices) may move during operation. Additional information regarding WiMAX technologies and their deployment is available on the WIMAX Forum's website. *See* http:// www.wimaxforum.org/home/. *See* WCS Coalition Comments at 4-7, 27-28, 30-32, 34; WCS Coalition Reply Comments at 2-8. Although the WCS Coalition has indicated that WCS licensees would prefer to implement systems based on TDD technology, we are not prohibiting the implementation of WCS systems based on FDD technology. *See* WCS Coalition *Ex Parte* dated January 29, 2010, at 2. |
| 93  | *See* FCC Strategic Plan for FY 2009-2014 at 6, available at http:// www.fcc.gov/omd/strategicplan/#goals. The broadband goal also provides that our "[r]egulatory policies must promote technological neutrality, competition, investment, and innovation to ensure that broadband service providers have sufficient incentive to develop and offer such products and services." *Id*. |
| 94  | The Commission originally licensed Sirius to launch and operate 2 satellites in geostationary orbit at the 80° and 110° West Longitude orbital locations. *1997 Sirius Authorization Order*, 13 FCC Rcd at 7971, 7994. Sirius later requested, and was granted, authority to change its satellite configuration from two geostationary satellites to three satellites in a highly elliptical non-geostationary orbit (NGSO). *Sirius Satellite Radio Inc., Minor Modification of License to Construct, Launch and Operate a Non-Geostationary Satellite Digital Audio Radio Service System,* Order and Authorization, 16 FCC Rcd 5419 (Int'l Bur. 2001). Sirius brought its first geostationary SDARS satellite, Sirius FM-5, into operation on August 25, 2009. *Sirius Satellite Radio Inc., Application for Authority to Launch and Operate SIRIUS FM-5, a Geostationary Satellite, to Provide Satellite Digital Audio Radio Services*, IBFS File No. SAT-LOA-20060901-00096 (granted April 16, 2007). |
| 95  | *See* Satellite CD Radio, Inc., Application for Modification of Authority, IBFS File No. SAT-MOD-20080521-00110 (granted Sept. 17, 2008). |
| 96  | *See* Satellite CD Radio, Inc., Application for Authority to Launch and Operate the FM-6 Satellite, IBFS File No. SAT-LOA-20100409-00072 (filed April 9, 2010). |
| 97  | *See, e.g., Sirius Satellite Radio, Inc., Application for Special Temporary Authority to Operate Satellite Digital Audio Radio Service Complementary Terrestrial Repeaters,* Order and Authorization, 16 FCC Rcd 16773 (Int'l Bur. 2001) ("*Sirius STA Order*"). *See also Sirius Satellite Radio Inc*., Order, FCC 08-176 (adopted July 25, 2008) ("*Sirius Consent Decree Order* "). Sirius states that it plans to deploy a significant number of additional terrestrial repeaters in the future. *See* Sirius Form 10-K at 18. |
| 98  | *1997 XM Authorization Order*, 13 FCC Rcd at 8850 ¶¶ 51-52; *2005 XM Authorization Order*, 20 FCC Rcd at 1620 ¶ 1. |
| 99  | *See SDARS Merger Order*, 23 FCC Rcd at 12355 ¶ 12.. |
| 100 | *Id. See also XM Radio Inc., Application for Special Temporary Authority to Operate Satellite Digital Audio Radio Service Complementary Terrestrial Repeaters*, Order and Authorization, 16 FCC Rcd 16781 (Int'l Bur. 2001) ("*XM Radio STA Order*"); *XM Radio, Inc*., Order, FCC 08-177 (adopted July 25, 2008) ("*XM Consent Decree Order*"). |
| 101 | Sirius Satellite Radio, Inc., Application for Special Temporary Authority to Operate Satellite Digital Audio Radio Service Complementary Terrestrial Repeaters, *Order and Authorization,* 16 FCC Rcd 16773 (Int'l Bur. 2001) (*Sirius 2001 STA Order*); XM Radio, Inc., Application for Special Temporary Authority to Operate Satellite Digital Audio Radio Service Complementary Terrestrial Repeaters, *Order and Authorization,* 16 FCC Rcd 16781 (Int'l Bur. 2001) (*XM Radio 2001 STA Order*). Since 2001, both Sirius and XM have submitted additional STA requests seeking to modify their repeater networks or to add new repeaters. A full list of SDARS STA requests are available through the International Bureau Filing System (IBFS), which is available online at http://licensing.fcc.gov/myibfs. |
| 102 | Sirius sought authority to operate terrestrial repeaters in Alaska and Hawaii in 2006; that request remains pending. *See* Sirius Satellite Radio Inc., *Request for Special Temporary Authority to Operate Four Satellite DARS Terrestrial Repeaters in Alaska and Hawaii*, IBFS File No. SAT-STA-20061107-00131, filed Nov. 11, 2006. In addition, both Sirius and XM operate terrestrial repeaters in Canada through affiliated Canadian subsidiaries, but these repeater operations are conducted pursuant to authorizations from the Canadian government, not through Commission authorizations. |
| 103 | *See* Application of Sirius XM Radio Inc. For Special Temporary Authority to Operate Twenty SDARS Terrestrial Repeaters in the Commonwealth of Puerto Rico, IBFS File No. SAT-STA-20081027-00210, *Order and Authorization*, DA 09-2039, 24 FCC Rcd 11827 (rel. Sept. 11, 2009). |
| 104 | Letter from Terrence R. Smith, Sr. Vice President, Technology, and James S. Blitz, Vice President, Regulatory Counsel, Sirius XM Radio Inc., to Marlene H. Dortch, Secretary, FCC (dated Nov. 13, 2008) (Sirius XM Nov. 13, 2008, *Ex Parte*) at 2. |
| 105 | *Id*. |
| 106 | *Id*. |
| 107 | *See* Sirius XM Nov. 13, 2008, *Ex Parte*. Sirius XM reiterates that the multiple satellite feeds are not for redundancy and that the loss of one feed would degrade the service received by satellite radio subscribers. It points out further its earlier objection to the proposal by the WCS Coalition to permit an out-of-band emissions (OOBE) mask for WCS mobile devices that would |