JOHN ALLCOCK (Bar No. 98895)
john.allcock@dlapiper.com
SEAN C. CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
ERIN GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
ROBERT WILLIAMS (Bar No. 246990)
robert.williams@dlapiper.com
TIFFANY MILLER (Bar No. 246987)
tiffany.miller@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

ROBERT BUERGI (Bar No. 242910)
robert.buergi@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

MARK C. SCARSI (Bar No. 183926)
mscarsi@milbank.com
ASHLEE N. LIN (Bar No. 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Tel:  424.386.4000
Fax:  213.629.5063

CHRISTOPHER J. GASPAR
(*admitted pro hac vice*)
cgaspar@milbank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
28 Liberty Street
New York, NY 10005
Tel:  212.530.5000
Fax:  212.822.5019

Attorneys for Plaintiff
APPLE INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>WI-LAN, INC.,<br><br>        Defendant.<br><br><br>AND RELATED COUNTERCLAIMS | CASE NO.  3:14-cv-02235-DMS-BLM (lead case);<br>CASE NO.  3:14-cv-1507-DMS-BLM (consolidated)<br><br>**DECLARATION OF JACOB ANDERSON IN SUPPORT OF APPLE INC.'S SUR-REPLY IN OPPOSITION TO DEFENDANT WI-LAN, INC.'S MOTION TO COMPEL**<br><br>Dept: 13A<br>Judge:  Hon. Dana M. Sabraw<br>Magistrate Judge:  Hon. Barbara L. Major |

1     I, Jacob Anderson, declare:

2     1.     I am an associate with the law firm of DLA Piper LLP (US), counsel

3 of record for Plaintiff Apple Inc. ("Apple") in this case.  I have personal knowledge

4 of the facts set forth in this declaration and, if called as a witness, could and would

5 testify competently to these facts under oath.

6     2.     Attached hereto as Exhibit K is a true and correct copy of excerpts of a

7 book titled "WiMAX: Standards and Security."

8     3.     Attached hereto as Exhibit L is a true and correct copy of a letter that

9 Drew Hollander sent me, dated November 14, 2017.

10     4.     Attached hereto as Exhibit M is a true a correct copy of excerpts of

11 Defendant Wi-LAN Inc.'s Objections and Responses to Plaintiff Apple Inc.'s First

12 Set of Requests for Production, dated August 25, 2017.

13     5.     Attached hereto as Exhibit N is a true and correct copy of a letter that

14 Kevin Schubert sent me, dated November 10, 2017.

15     I declare under penalty of perjury under the laws of the State of California

16 and the United States of America that the foregoing is true and correct.

17     Executed on November 15, 2017 at San Diego, California.

18

19                    */s/ Jacob Anderson*

20                    Jacob Anderson

21

22

23

24

25

26

27

28

1

## TABLE OF CONTENTS

2

## EXHIBITS

3

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| K | Excerpts of book titled "WiMAX: Standards and Security" | 2-6 |
| L | Letter from Drew Hollander to Jacob Anderson, dated November 14, 2017 | 7-9 |
| M | Excerpts of Defendant Wi-LAN Inc.'s Objections and Responses to Plaintiff Apple Inc.'s First Set of Requests for Production, dated August 25, 2017 | 10-17 |
| N | Letter from Kevin Schubert to Jacob Anderson, dated November 10, 2017 | 18-30 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28