# EXHIBIT K





# The
# WiMAX
## Handbook

*WiMAX: Technologies, Performance Analysis, and QoS*
ISBN 9781420045253

*WiMAX: Standards and Security*
ISBN 9781420045237

*WiMAX: Applications*
ISBN 9781420045474

*The WiMAX Handbook*
Three-Volume Set
ISBN 9781420045350

 CRC Press
Taylor & Francis Group
Boca Raton   London   New York

CRC Press is an imprint of the
Taylor & Francis Group, an informa business

Exhibit K, Page 4

CRC Press
Taylor & Francis Group
6000 Broken Sound Parkway NW, Suite 300
Boca Raton, FL 33487-2742

© 2008 by Taylor & Francis Group, LLC
CRC Press is an imprint of Taylor & Francis Group, an Informa business

No claim to original U.S. Government works
Printed in the United States of America on acid-free paper
10 9 8 7 6 5 4 3 2 1

International Standard Book Number-10: 1-4200-4523-7 (Hardcover)
International Standard Book Number-13: 978-1-4200-4523-9 (Hardcover)

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

No part of this book may be reprinted, reproduced, transmitted, or utilized in any form by any electronic, mechanical, or other means, now known or hereafter invented, including photocopying, microfilming, and recording, or in any information storage or retrieval system, without written permission from the publishers.

For permission to photocopy or use material electronically from this work, please access www.copyright.com (http://www.copyright.com/) or contact the Copyright Clearance Center, Inc. (CCC) 222 Rosewood Drive, Danvers, MA 01923, 978-750-8400. CCC is a not-for-profit organization that provides licenses and registration for a variety of users. For organizations that have been granted a photocopy license by the CCC, a separate system of payment has been arranged.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation without intent to infringe.

### Library of Congress Cataloging-in-Publication Data

Ahson, Syed.
    WiMAX : standards and security / Syed Ahson and Mohammad Ilyas.
        p. cm.
    Includes bibliographical references and index.
    ISBN 978-1-4200-4523-9 (alk. paper)
    1.  Wireless communication systems. 2.  Broadband communication systems.
3.  IEEE 802.16 (Standard)  I. Ilyas, Mohammad, 1953- II. Title.

TK5103.2.A432 2008
621.384--dc22                                              2007012500

**Visit the Taylor & Francis Web site at**
**http://www.taylorandfrancis.com**

**and the CRC Press Web site at**
**http://www.crcpress.com**

between multiple users within a sector is managed by time-division multiple access (TDMA). While equipment has been available since 2004, major milestones were achieved in 2005 when suppliers demonstrated successful intervendor operations. Conformance testing [2] led to the first WiMAX equipments to be certified in January 2006.

Fixed WiMAX profiles at 3.5 MHz (TDD and FDD) in the 3.5 GHz band were the first to be certified and will be examined in this chapter; 10 MHz TDD channels at 5.8 GHz are another important profile and will also be studied.

Mobile WiMAX is an extension of the above that includes a new standard for mobility: 802.16e-2005 [3]. Mobile operations require more complexity in the air interface and in the network architecture. Therefore, mobile WiMAX defines a different standard with considerations such as location register, paging, handoff, battery-saving modes, and other network functions to manage mobility. Its air interface is based on orthogonal frequency division multiple access (OFDMA).

Release-1 Mobile WiMAX profiles cover 5, 7, 8.75, and 10 MHz channel bandwidths for operations in the 2.3, 2.5, 3.3, and 3.5 GHz frequency bands. Plugfests showing interoperability between suppliers started in September 2006.

WiBro is a Korean initiative for wireless broadband. Similar in many ways to mobile WiMAX, WiBro includes mobility and handoff, and is commercially available in Korea since mid-2006.

WiBro operates in 10 MHz TDD channels at 2.3 GHz and uses OFDMA. It targets mobile usage up to 60 mph.

The standard community is now almost exclusively focusing on mobile WiMAX, for both air interface and end-to-end network architecture [4,5]. Still, fixed WiMAX applications should not be overlooked; small and large service providers have conducted over 100 major fixed WiMAX trials. This precious experience, combined with mobile cellular data expertise, give us a wealth of information to better design future broadband access services.

### 5.1.2  Frequency

WiMAX is a flexible and scalable standard that may be adapted to different frequency bands. The standard is torn between two opposite goals. On the one hand, limiting frequency bands and channel bandwidths narrow down the standard and make interoperability easier while on the other, profiles in different bands and using different channel widths make the standard more flexible.

Frequency bands and frequency channel widths are standardized in different WiMAX profiles. There are many reasons behind the choices made

Exhibit K, Page 6