# EXHIBIT M

Allison Goddard (State Bar No. 211098)
ali@pattersonlawgroup.com
PATTERSON LAW GROUP
402 W. Broadway, 29th Floor
San Diego, CA 92101
Telephone: 619.398.4760
Facsimile: 619.756.6991

*Attorneys for Defendant*
*WI-LAN INC.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# SAN DIEGO

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WI-LAN INC.,<br><br>                    Defendant. | No. 3:14-cv-2235-DMS-BLM (lead case)<br><br>No. 3:14-cv-1507-DMS-BLM (consolidated)<br><br>**DEFENDANT WI-LAN INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION**<br><br>Department: 13A<br>Judge: Hon. Dana M. Sabraw<br>Magistrate Judge: Hon. Barbara L. Major |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Wi-LAN Inc. ("Wi-LAN") submits this Objections and Responses to Plaintiff Apple, Inc. ("Apple") First Set of Requests for Production.

The responses provided herein are submitted on behalf of Wi-LAN and reflect Wi-LAN's continuing investigation of facts and discovery of information and documents relating to claims and defenses at issue in this litigation. Accordingly, Wi-LAN's objections and responses to Apple's requests for production are based only

DEFENDANT WI-LAN INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION       -1-       CASE NO. 14-CV-2235-DMS-BLM

Exhibit M, Page 10

Wi-LAN will produce relevant, non-privileged documents in its possession, custody, or control in response to the non-objectionable portions of this request to the extent such documents exist after a reasonably diligent search.

Discovery in this matter is ongoing, and Wi-LAN has not yet concluded its investigation; therefore, subject to the objections stated above, Wi-LAN reserves the right to supplement its response.

**REQUEST NO. 38:** All of Your Communications with Apple related to any assertion of Infringement.

**OBJECTIONS AND RESPONSE:** Wi-LAN incorporates by reference its General Objections set forth above. Wi-LAN objects to this request for production as overly broad, unduly burdensome, and as seeking information that is not proportional to the needs of the case. Wi-LAN further objects to this request for production as unduly burdensome because the information requested is already in Apple's possession.

Subject to and without waiving any of the foregoing General or Specific objections, Wi-LAN responds as follows:

Wi-LAN will produce relevant, non-privileged documents in its possession, custody, or control in response to the non-objectionable portions of this request to the extent such documents exist after a reasonably diligent search.

Discovery in this matter is ongoing, and Wi-LAN has not yet concluded its investigation; therefore, subject to the objections stated above, Wi-LAN reserves the right to supplement its response.

**REQUEST NO. 39:** All Documents, Electronically Stored Information, and Things concerning or relating to any foreign or U.S. litigation, opposition proceeding, interference, reexamination, reissue proceeding, nullity proceeding, revocation proceeding, arbitration, conflict or dispute involving any of the Patents-in-Suit or any Related Patent.

DEFENDANT WI-LAN, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION
McKOOL 1328269v2

-46-

CASE NO. 14-CV-2235-DMS-BLM

Exhibit M, Page 11

1  **OBJECTIONS AND RESPONSE:** Wi-LAN incorporates by reference its General Objections set forth above. Wi-LAN objects to this request for production as overly broad, unduly burdensome, and as seeking information that is not proportional to the needs of the case. Wi-LAN objects to the extent this request seeks confidential and proprietary information, including trade secrets and competitively sensitive business information, where any purported marginal benefits of production are outweighed by the burden associated with producing such highly sensitive materials, and/or to the extent it seeks information subject to confidentiality and/or nondisclosure obligations Wi-LAN has undertaken with respect to any third party. Wi-LAN objects to the extent that this request seeks information that is protected by the attorney-client privilege, that constitutes attorney work product, or that is protected by any other applicable privilege or protection, including common interest or joint defense privileges or protections. Wi-LAN further objects to this request as seeking information that is not relevant to any party's claim or defense. Wi-LAN objects to this request to the extent it requires Wi-LAN to search for, gather, and produce "Electronically Stored Information," to the extent that such is inconsistent with the rules and orders of this Court.

Subject to and without waiving any of the foregoing General or Specific objections, Wi-LAN responds as follows:

Wi-LAN will produce relevant, non-privileged documents in its possession, custody, or control in response to the non-objectionable portions of this request to the extent such documents exist after a reasonably diligent search.

Discovery in this matter is ongoing, and Wi-LAN has not yet concluded its investigation; therefore, subject to the objections stated above, Wi-LAN reserves the right to supplement its response.

DEFENDANT WI-LAN, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION
McKool 1328269v2
-47-
CASE NO. 14-CV-2235-DMS-BLM

Exhibit M, Page 12

Discovery in this matter is ongoing, and Wi-LAN has not yet concluded its investigation; therefore, subject to the objections stated above, Wi-LAN reserves the right to supplement its response.

**REQUEST NO. 84:** All licenses between You and any third party relating in any way to technology similar to any inventions claimed in the Patents-in-Suit or any other cellular communications technology.

**OBJECTIONS AND RESPONSE:** Wi-LAN incorporates by reference its General Objections set forth above. Wi-LAN objects to this request for production as overly broad, unduly burdensome, and as seeking information that is not proportional to the needs of the case. Wi-LAN further objects to this request for production as unduly burdensome because the information requested is already in Apple's possession. Wi-LAN objects to the extent this request seeks confidential and proprietary information, including trade secrets and competitively sensitive business information, where any purported marginal benefits of production are outweighed by the burden associated with producing such highly sensitive materials, and/or to the extent it seeks information subject to confidentiality and/or nondisclosure obligations Wi-LAN has undertaken with respect to any third party. Wi-LAN objects to the extent that this request seeks information that is protected by the attorney-client privilege, that constitutes attorney work product, or that is protected by any other applicable privilege or protection, including common interest or joint defense privileges or protections. Wi-LAN further objects to this request as seeking information that is not relevant to any party's claim or defense. Wi-LAN further objects to this request to the extent that it purports to require that Wi-LAN provide a response on matters that are or may be the subject of expert witness testimony. Wi-LAN reserves its right to procure, rely on, and introduce expert witness testimony, and such expert's right to rely on any documents or information deemed appropriate by

DEFENDANT WI-LAN, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION
MCKOOL 1328269v2

-98-

CASE NO. 14-CV-2235-DMS-BLM

Exhibit M, Page 13

that expert in formulating the expert's opinion, whether or not identified in these responses.

Subject to and without waiving any of the foregoing General or Specific objections, Wi-LAN responds as follows:

Wi-LAN will produce relevant, non-privileged documents in its possession, custody, or control in response to the non-objectionable portions of this request to the extent such documents exist after a reasonably diligent search.

Discovery in this matter is ongoing, and Wi-LAN has not yet concluded its investigation; therefore, subject to the objections stated above, Wi-LAN reserves the right to supplement its response.

**REQUEST NO. 85:** All licenses between any of Your subsidiaries and any third party relating in any way to technology similar to any inventions claimed in the Patents-in-Suit or any other cellular communications technology.

**OBJECTIONS AND RESPONSE:** Wi-LAN incorporates by reference its General Objections set forth above. Wi-LAN objects to this request for production as overly broad, unduly burdensome, and as seeking information that is not proportional to the needs of the case. Wi-LAN further objects to this request for production as unduly burdensome because the information requested is already in Apple's possession. Wi-LAN objects to the extent this request seeks confidential and proprietary information, including trade secrets and competitively sensitive business information, where any purported marginal benefits of production are outweighed by the burden associated with producing such highly sensitive materials, and/or to the extent it seeks information subject to confidentiality and/or nondisclosure obligations Wi-LAN has undertaken with respect to any third party. Wi-LAN objects to the extent that this request seeks information that is protected by the attorney-client privilege, that constitutes attorney work product, or that is protected by any other applicable privilege or protection, including common interest or joint defense

DEFENDANT WI-LAN, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION
McKool 1328269v2
-99-
CASE NO. 14-CV-2235-DMS-BLM

Exhibit M, Page 14

privileges or protections. Wi-LAN further objects to this request as seeking information that is not relevant to any party's claim or defense. Wi-LAN further objects to this request to the extent that it purports to require that Wi-LAN provide a response on matters that are or may be the subject of expert witness testimony. Wi-LAN reserves its right to procure, rely on, and introduce expert witness testimony, and such expert's right to rely on any documents or information deemed appropriate by that expert in formulating the expert's opinion, whether or not identified in these responses.

Subject to and without waiving any of the foregoing General or Specific objections, Wi-LAN responds as follows:

Wi-LAN will produce relevant, non-privileged documents in its possession, custody, or control in response to the non-objectionable portions of this request to the extent such documents exist after a reasonably diligent search.

Discovery in this matter is ongoing, and Wi-LAN has not yet concluded its investigation; therefore, subject to the objections stated above, Wi-LAN reserves the right to supplement its response.

Dated:   August 25, 2017         By:   */s/ Seth Hasenour*
                                       shasenour@mckoolsmith.com
                                       MCKOOL SMITH, P.C.
                                       300 W. 6th Street, Suite 1700
                                       Austin, TX  78701
                                       (512) 692-8700
                                       (512) 692-8744 (facsimile)

                                       Robert Cote
                                         rcote@mckoolsmith.com
                                       Brett Cooper
                                         bcooper@mckoolsmith.com
                                       Jonathan Yim
                                         jyim@mckoolsmith.com

DEFENDANT WI-LAN, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION
McKool 1328269v2                          -100-                         CASE NO. 14-CV-2235-DMS-BLM

Exhibit M, Page 15

| | |
|---|---|
| 1 | Kevin Schubert |
| |   kschubert@mckoolsmith.com |
| 2 | McKOOL SMITH, P.C. |
| 3 | One Bryant Park, 47th Floor |
| | New York, NY  10036 |
| 4 | (212) 402-9400 |
| 5 | (212) 402-9444 (facsimile) |
| 6 | |
| | Allison H. Goddard (211098) |
| 7 |   ali@pattersonlawgroup.com |
| | PATTERSON LAW GROUP |
| 8 | 402 West Broadway, 29th Floor |
| 9 | San Diego, CA  92101 |
| | (619) 398-4760 |
| 10 | (619) 756-6991 (facsimile) |
| 11 | |
| 12 | *Attorney for Defendant,* |
| | *WI-LAN INC.* |

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

DEFENDANT WI-LAN, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION

MCKOOL 1328269v2

-101-

CASE NO. 14-CV-2235-DMS-BLM

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2017, I caused a copy of the foregoing **DEFENDANT WI-LAN INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUTION** to be served by electronic mail on the following counsel of record for Plaintiff, Apple Inc.:

    Mark C. Scarsi
        mscarsi@milbank.com
    Ashlee N. Lin
        anlin@milbank.com
    Katie Pierucci
        kpierucci@milbank.com
    MILBANK, TWEED, HADLEY & McCLOY LLP
    2029 Century Park East, 33rd Floor
    Los Angeles, CA 90067-3019

Dated:     August 25, 2017

By:   */s/ Seth Hasenour*
      shasenour@mckoolsmith.com
      MCKOOL SMITH, P.C.
      300 W. 6th Street, Suite 1700
      Austin, TX 78701
      (512) 692-8700
      (512) 692-8744 (facsimile)

      *Attorney for Defendant*
      *WI-LAN INC.*

DEFENDANT WI-LAN, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF APPLE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION
McKool 1328269v2

-102-

CASE No. 14-CV-2235-DMS-BLM

Exhibit M, Page 17