# EXHIBIT N

# McKool Smith

Kevin Schubert
Direct Dial: (212) 402-9423
kschubert@mckoolsmith.com

One Bryant Park
47th Floor
New York, NY 10036

Telephone: (212) 402-9400
Facsimile: (212) 402-9444

November 10, 2017

**VIA EMAIL**

Jacob Anderson
DLA Piper LLP
401 B Street, Suite 1700
San Diego, California 92101
jacob.anderson@dlapiper.com

> RE: *Apple Inc. v. Wi-LAN Inc.*, No. 3:14-cv-2235-DMS-BLM (S.D. Cal);
> *Wi-LAN Inc. v. Apple Inc.*, No. 3:14-cv-1507-DMS-BLM (S.D. Cal) – ESI Production Requests

Dear Jacob:

We write in response to your letter dated November 9 regarding Wi-LAN's ESI requests, which have now been outstanding for six weeks. Apple's wholesale refusal to begin producing any responsive ESI—especially with respect to those search terms that are uncontested—is troublesome and constitutes unjustified delay in light of the rapidly approaching close of fact discovery.

Given Apple's unwillingness to compromise on any of its positions, and in a good faith effort by Wi-LAN to cooperate in the ESI process, Wi-LAN has modified its ESI searches in Appendix A to remove any purported "disjunctive" searches and reduce the perceived burden on Apple. We trust this resolves Apple's ESI objections once and for all, and Apple will immediately begin production of ESI. To the extent any objections to the revised search terms in Appendix A remain, please provide them and the hit counts for each objected search by Tuesday, November 14.

Additionally, because there is no longer a dispute concerning whether Wi-LAN's searches "exceed the numerical limits of the ESI Order," please immediately begin producing ESI responsive to Wi-LAN's uncontested searches identified in Appendix B.

**I.  Wi-LAN's Search Terms Comply With The Court's ESI Order**

Wi-LAN fundamentally disagrees with Apple's understanding of the ESI Order with respect to the use of search combinations. As we explained during our meet and confer this past

November 10, 2017
Page 2

Monday, November 6, the term "channel quality indicator," for example, standing alone would constitute a proper ESI search. However, a search of the term "channel quality indicator" alone would likely yield an unreasonable number of hits. To that end, the ESI Order expressly contemplates the use of narrowing criteria, such as "w/x," which serve to further limit the scope of responsive hits. (ECF No. 130 ¶ 12.) Here, the term "channel quality indicator" search is further limited to only those emails and documents in which the terms "calculat! or estimate! or comput! or generat! or measur! or report!" appear within 100 terms of "channel quality indicator," thereby strategically limiting the universe of possible hits. Indeed, Apple's own ESI search requests contradict Apple's argument. For example, Apple requests that Wi-LAN search "licens! w/10 (global or VoLTE or "voice over LTE" or "voice over long term evolution"). (*See* 10/25/2017 Letter from J. Anderson to K. Schubert.)

However, in an effort to compromise, Wi-LAN has revised its search terms in Appendix A to remove any purported "disjunctive" combinations and to resolve Apple's objections. Wi-LAN's decision to revise its search terms in this manner should not be construed as a concession that Apple is correct that Wi-LAN's searches constitute improper disjunctive searches and Wi-LAN reserves its right to raise this issue with the Court should Apple continue to refuse to produce responsive ESI even in light of the revised searches.

With respect to Wi-LAN's search for the '761 patent-in-suit, Apple does not contend the search is improper, but rather—without providing any search metrics—complains that the search would hit on any document that includes the word "patent" and the number "761." While Wi-LAN disagrees that such a search would produce an unduly burdensome number of hits, in the spirit of compromise, Wi-LAN agrees to modify its patent search term to the following:

- 8,462,761 or 8462761 or "761 patent"

Given that Wi-LAN's patent search is now commiserate with Apple's own patent search terms, Wi-LAN considers this search "uncontested" and, as explained below, Apple must immediately begin producing ESI responsive to this search (as well as the other uncontested searches identified in Appendix B).

## II.  Wi-LAN's Modified Search Requests Are Not Overbroad Nor Unduly Burdensome

A review of Apple's hit counts demonstrate that the majority of Wi-LAN's revised searches contained in the November 3 letter are not overbroad nor unduly burdensome. This is true even though Apple's search metrics are largely inflated. Apple continues to ignore Wi-LAN's request that it include data demonstrating duplicative search hits (or otherwise removing duplicative search hits). Certainly, once duplicative search hits are removed, the total number of responsive documents significantly decreases.

Notwithstanding the fact that Wi-LAN has been unable to conduct a proper assessment of the purportedly overbroad and/or unduly burdensome search terms because (1) Apple has not provided search metrics for its non-email ESI searches and (2) has only provided overstated search metrics for 10 of the 15 ESI email custodians, Wi-LAN has revised its non-email and email ESI searches in Appendix A in an effort to resolve Apple's outstanding objections. The

**McKool Smith**
A Professional Corporation • Attorneys
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

Exhibit N, Page 19

November 10, 2017
Page 3

revised searches seek to both remove any purported "disjunctive" searches, as well as alleviate any purported burden on Apple. As such, to the extent any objections to the revised search terms still remain, please identify them and the hit counts of the terms to which you object by Tuesday, November 14.

### III. Wi-LAN's Uncontested Searches

Apple must immediately produce ESI responsive to Wi-LAN's uncontested searches identified in Appendix B. These searches are "uncontested" because Apple has failed to specifically object to their production—far from a "unilateral and unsupported" designation by Wi-LAN.

To the extent that Apple raises objections to any of Wi-LAN's revised search terms identified in Appendix A, Apple cannot point to those objections as a reason for objecting to producing responsive ESI to the uncontested searches. On the October 9 meet and confer, Apple represented that it was working on complying with Wi-LAN's ESI requests. It has now been six weeks since Wi-LAN served its initial requests, and Apple has yet to produce any responsive ESI. Please confirm that Apple will begin producing ESI responsive to Wi-LAN's uncontested searches.

### IV. Wi-LAN's ESI Searches Are Relevant to the Issues Presented in this Lawsuit

Finally, Apple maintains that Wi-LAN's searches "lack any meaningful connection to this case." During the meet and confer on Monday, we specifically asked for the identification of any searches that Apple maintains are not relevant to the issues presented in this litigation. Apple did not identify any such searches. And in its letter, Apple only identifies one search for "patent w/100 (infringe! or violat! or 'design around')" as purportedly not relevant. This search is relevant to issues in this case, including Apple's willful infringement of the patents-in-suit and its policies and procedures for evaluating patents and issues related to infringement, among other things. Moreover, in an effort to resolve this dispute, Wi-LAN has narrowed this request even further.

Apple's blanket objection to Wi-LAN's WiMAX search is also meritless for the reasons stated in our November 3 letter. Please withdraw the objection, or we will need to bring this to the Court's attention.

Respectfully,

*/s/ Kevin Schubert*

Kevin Schubert

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Silicon Valley  |  Washington, DC**

November 10, 2017
Page 4

## APPENDIX A

**Non-Email Searches**

Applied to all Custodians

1. WiMAX or Wi-MAX or 802.16

2. (VoLTE or "voice over LTE") w/50 connection!

3. ("buffer status" or BSR) w/100 resource!

4. ("scheduling request" or SR) w/100 (BSR or "buffer status report")

5. ("channel quality indicator" or CQI) w/100 (MCS or "modulation and coding scheme")

6. bearer! w/25 (QoS or "quality of service")

7. connection! w/10 priorit!

8. (i2s or "integrated interchip sound") and (VoLTE or "voice over LTE")

9. (CoreTelephony or "Core Telephony") and (VoLTE or "voice over LTE")

10. DCI or "downlink control information"

11. (PDU! or "protocol data unit") and (SDU! or "service data unit")

12. (PCIe or PCI-e or "PCI Express") w/50 connection!

13. (HSIC or "High-Speed Inter-chip") w/100 interface!

14. (BB or baseband) w/25 (AP or "application processor")

15. queu! w/50 (QoS or "quality of service")

16. buffer! w/50 priorit!

**Email Searches**

Sree Ram Kodali

1. (VoLTE or "voice over LTE") w/50 (QoS or "quality of service")

2. ("buffer status" or BSR) w/50 (SR or "scheduling request")

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Silicon Valley  |  Washington, DC**

November 10, 2017
Page 5

   3. bearer! w/20 (VoLTE or "voice over LTE")

   4. ("channel quality indicator" or CQI) w/25 measur!

   5. (PDU! or "protocol data unit") w/50 (SDU! or "service data unit")

   6. (i2s or "integrated interchip sound") w/50 connection!

   7. (PCIe or PCI-e or "PCI Express") w/10 interface!

   8. connection! w/100 parallel

   9. (BB or baseband) w/25 (AP or "application processor") and connection!

   10. queu! w/10 (QoS or "quality of service")

Matt Millward

   1. (VoLTE or "voice over LTE") w/25 priorit!

   2. bearer! and (QoS or "quality of service")

   3. VoLTE w/25 connection!

   4. voice w/50 connection!

   5. data w/5 bearer!

   6. (i2s or "integrated interchip sound") w/20 connection!

   7. (PCIe or PCI-e or "PCI Express") w/10 interface!

   8. buffer! w/10 (QoS or "quality of service")

   9. queu! w/20 priorit!

   10. (SIP or "Session Initiation Protocol") w/20 connection!

Madhusudan Chaudhary

   1. ("buffer status" or BSR) w/10 (SR or "scheduling request")

   2. request! w/5 resource!

   3. allocate! w/100 bandwidth

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

Exhibit N, Page 22

November 10, 2017
Page 6

    4. bearer! w/5 (VoLTE or "voice over LTE")

    5. (i2s or "integrated interchip sound") w/100 connection!

    6. (PCIe or PCI-e or "PCI Express") w/20 connection!

    7. buffer! w/5 (QoS or "quality of service")

    8. queu! w/5 priorit!

    9. (HSIC or "High-Speed Inter-chip") w/5 connection!

    10. (VoLTE or "voice over LTE") w/3 quality

Sami Almalfoul

    1. ("buffer status" or BSR) w/50 (SR or "scheduling request")

    2. request! w/5 resource!

    3. allocat! w/5 bandwidth

    4. (VoLTE or "voice over LTE") w/5 ("MOS" or "mean opinion score")

    5. ("channel quality indicator" or CQI) w/10 estimat!

    6. (DCI or "downlink control information) w/50 map!

    7. connection! w/100 simultaneous!

    8. buffer! w/5 priorit!

    9. queu! w/5 (QoS or "quality of service")

    10. queu! w/5 (VoLTE or "voice over LTE")

Srini Nimmala

    1. ("buffer status" or BSR) w/10 (SR or "scheduling request")

    2. request! w/5 bandwidth

    3. allocate! w/5 resource!

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

Exhibit N, Page 23

November 10, 2017
Page 7

    4.  (VoLTE or "voice over LTE") w/3 connection!

    5.  ("channel quality indicator" or CQI) w/10 report!

    6.  (DCI or "downlink control information) w/20 map!

    7.  connection! w/5 parallel

    8.  buffer! w/3 (VoLTE or "voice over LTE")

    9.  queu! w/3 (VoLTE or "voice over LTE")

<u>Sunny Arora</u>

    1.  ("buffer status" or BSR) w/100 periodic!

    2.  request! w/5 resource!

    3.  allocat! w/25 bandwidth

    4.  (VoLTE or "voice over LTE") w/3 performance

    5.  ("channel quality indicator" or CQI) w/10 measur!

    6.  (DCI or "downlink control information) and table!

    7.  connection! w/10 simultaneous!

    8.  buffer! w/5 data

    9.  queu! w/5 data

<u>Zhu Ji</u>

    1.  ("buffer status" or BSR) w/50 (SR or "scheduling request")

    2.  request! w/10 bandwidth

    3.  allocat! w/10 resource!

    4.  (VoLTE or "voice over LTE") w/5 (MOS or "mean opinion score")

    5.  ("channel quality indicator" or CQI) w/10 estimate!

    6.  (DCI or "downlink control information) and map!

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

Exhibit N, Page 24

November 10, 2017
Page 8

    7. connection! w/10 (VoLTE or "voice over LTE")

    8. buffer! w/3 (QoS or "quality of service")

    9. queu! w/10 priorit!

Longda Xing

    1. ("buffer status" or BSR) w/50 (SR or "scheduling request")

    2. WiMAX or Wi-MAX or 802.16

    3. patent w/50 infring!

    4. (PCIe or PCI-e or "PCI Express") w/10 connection!

    5. connection! w/10 simultaneous!

    6. buffer! w/5 priorit!

    7. queu! w/10 (QoS or "quality of service")

Vijay Ramamurthi

    1. ("buffer status" or BSR) w/100 (SR or "scheduling request")

    2. request! w/50 resource!

    3. allocat! w/50 resource!

    4. (VoLTE or "voice over LTE") w/3 quality

    5. ("channel quality indicator" or CQI) w/50 measur!

    6. (DCI or "downlink control information) and map!

    7. connection! w/25 data

    8. buffer! w/10 voice

    9. queu! w/50 voice

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

Exhibit N, Page 25

November 10, 2017
Page 9

Johnson Sebeni

1. ("buffer status" or BSR) w/10 (SR or "scheduling request")

2. WiMAX or Wi-MAX or 802.16

3. patent! w/100 infring!

4. (PCIe or PCI-e or "PCI Express") w/10 connection!

5. connection! w/5 parallel

6. buffer! w/5 priorit!

7. queu! w/5 (QoS or "quality of service")

Todd Ou

1. (VoLTE or "voice over LTE") w/25 (QoS or "quality of service")

2. ("buffer status" or BSR) w/100 bandwidth

3. bearer! w/25 voice

4. ("channel quality indicator" or "CQI") w/50 report!

5. (PDU! or "protocol data unit") and (SDU! or "service data unit")

6. (i2s or "integrated interchip sound") and interface!

7. (PCIe or PCI-e or "PCI Express") w/10 connection!

8. connection! w/10 voice

9. buffer! w/5 data

10. queu! w/5 data

Murali Bandaru

1. (VoLTE or "voice over LTE") w/5 (QoS or "quality of service")

2. ("buffer status" or BSR) w/15 (SR or "scheduling request")

3. bearer! w/10 priorit!

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

Exhibit N, Page 26

November 10, 2017
Page 10

    4. ("channel quality indicator" or CQI) w/10 estimate!

    5. (PDU! or "protocol data unit") w/50 (SDU! or "service data unit")

    6. (i2s or "integrated interchip sound") w/100 path!

    7. (PCIe or PCI-e or "PCI Express") w/10 path!

    8. connection! w/5 (VoLTE or "voice over LTE")

    9. buffer! w/5 (QoS or "quality of service")

    10. queu! w/5 priorit!

Christian Mucke

    1. ("change request" or CR) and ("buffer status" or BSR)

    2. WiMAX or Wi-MAX or 802.16

    3. patent! w/100 infring!

    4. (PCIe or PCI-e or "PCI Express") w/25 connection!

    5. connection! w/10 data

    6. buffer! w/10 voice

    7. queu! w/25 voice

Renuka Palaniswamy

    1. (VoLTE or "voice over LTE") w/10 (QoS or "quality of service")

    2. ("buffer status" or BSR) w/25 (SR or "scheduling request")

    3. bearer! w/5 (VoLTE or "voice over LTE")

    4. ("channel quality indicator" or CQI) w/10 measur!

    5. (PDU! or "protocol data unit") w/50 (SDU! or "service data unit")

    6. (i2s or "integrated interchip sound") and interface!

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

November 10, 2017
Page 11

    7. (PCIe or PCI-e or "PCI Express") w/25 connection!

    8. connection! w/10 simultaneous!

    9. buffer! w/5 (QoS or "quality of service")

    10. queu! w/5 (QoS or "quality of service")

<u>Luciano Verger</u>

    1. request! w/50 resource!

    2. WiMAX or Wi-MAX or 802.16

    3. connection! w/10 (VoLTE or "voice over LTE")

    4. (BSR or "buffer status") and (SR or "scheduling request")

    5. (QoS or "quality of service") w/50 data

    6. queu! w/25 voice

    7. (VoLTE or "voice over LTE") w/3 quality

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

Exhibit N, Page 28

## APPENDIX B

**Uncontested Non-Email Search Terms**

Applied to all Custodians

1. Wi-LAN or WiLAN

2. periodicBSR! or "periodic BSR" or "periodic buffer status report"

3. retxBSR! or "retransmission BSR" or "retransmission buffer status report"

4. 8,462,761 or 8462761 or "761 patent"

**Uncontested Custodian Email Searches**

Srini Nimmala

1. (bandwidth w/3 request!) and (SR or "scheduling request" or BSR or "buffer status")

Sunny Arora

1. (bandwidth w/3 request!) and (SR or "scheduling request" or BSR or "buffer status")

Zhu Ji

1. (bandwidth w/3 request!) and (SR or "scheduling request" or BSR or "buffer status")

Longda Xing

1. Ensemble

2. 8,462,761 or 8462761 or "761 patent"

3. Wi-LAN or WiLAN

Vijay Ramamurthi

1. (bandwidth w/3 request!) and (SR or "scheduling request" or BSR or "buffer status")

Johnson Sebeni

1. Ensemble

2. 8,462,761 or 8462761 or "761 patent"

**McKool Smith**
A Professional Corporation • Attorneys
**Austin  |  Dallas  |  Houston  |  Los Angeles  |  Marshall  |  New York  |  Silicon Valley  |  Washington, DC**

Exhibit N, Page 29

November 10, 2017
Page 13

      3. Wi-LAN or WiLAN

<u>Christian Mucke</u>

      1. Ensemble

      2. 8,462,761 or 8462761 or "761 patent"

      3. Wi-LAN or WiLAN

<u>Luciano Verger</u>

      1. Ensemble

      2. 8,462,761 or 8462761 or "761 patent"

      3. Wi-LAN or WiLAN

**McKool Smith**
**A Professional Corporation • Attorneys**
**Austin | Dallas | Houston | Los Angeles | Marshall | New York | Silicon Valley | Washington, DC**

Exhibit N, Page 30