JOHN ALLCOCK (Bar No. 98895)
john.allcock@dlapiper.com
SEAN C. CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
ERIN GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
ROBERT WILLIAMS (Bar No. 246990)
robert.williams@dlapiper.com
TIFFANY MILLER (Bar No. 246987)
tiffany.miller@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California 92101-4297
Tel: 619.699.2700
Fax: 619.699.2701

ROBERT BUERGI (Bar No. 242910)
robert.buergi@dlapiper.com
AMY WALTERS (Bar No. 286022)
amy.walters@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

MARK C. SCARSI (Bar No. 183926)
mscarsi@milbank.com
ASHLEE N. LIN (Bar No. 275267)
anlin@milbank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Tel: 424.386.4000
Fax: 213.629.5063

CHRISTOPHER J. GASPAR (*admitted pro hac vice*)
cgaspar@milbank.com
MILBANK, TWEED, HADLEY & MCCLOY LLP
28 Liberty Street
New York, NY 10005
Tel: 212.530.5000
Fax: 212.822.5019

Attorneys for Plaintiff
APPLE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WI-LAN, INC.,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 3:14-cv-02235-DMS-BLM (lead case);<br>CASE NO. 3:14-cv-1507-DMS-BLM (consolidated)<br><br>**APPLE INC.'S NOTICE OF MOTION AND MOTION TO EXCLUDE CERTAIN OPINIONS OF VIJAY MADISETTI, DAVID KENNEDY AND JEFFREY PRINCE**<br><br>Date: June 1, 2018<br>Time: 1:30 p.m.<br>Dept.: 13A<br>Judge: Hon. Dana M. Sabraw<br>Magistrate Judge: Hon. Barbara L. Major |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 1, 2018 at 1:30 p.m. in the Courtroom of the Honorable Dana M. Sabraw of the above-entitled court, located at 333 W. Broadway, San Diego, California 92101, Plaintiff Apple Inc. ("Apple") will and hereby does move to exclude certain testimony of Wi-LAN experts Vijay Madisetti, Jeffrey Prince and David Kennedy that falls below the admissibility threshold set by Federal Rule of Evidence 702 and *Daubert*.

This Motion is made pursuant to Civil Local Rule 7.1, and is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, supporting declaration and exhibits, all of which are served and filed herewith, the complete records and files of this action, and any argument or additional evidence that is permitted by this Court.

Dated: May 1, 2018

DLA PIPER LLP (US)

By */s/ Sean C. Cunningham*
JOHN ALLCOCK
SEAN C. CUNNINGHAM
ERIN GIBSON
ROBERT BUERGI
ROBERT WILLIAMS
TIFFANY MILLER
JACOB ANDERSON
AMY WALTERS

MILBANK, TWEED, HADLEY & MCCLOY LLP
Mark C. Scarsi
Ashlee N. Lin
Christopher J. Gaspar

Attorneys for Plaintiff
APPLE INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/ *Sean C. Cunningham*
Sean C. Cunningham