# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> vs. <br><br> WI-LAN, INC., <br><br> Defendant. <br><br> AND ALL RELATED COUNTERCLAIMS. | CASE NO. 14cv2235 DMS (BLM) <br><br> **ORDER (1) RE: ORAL ARGUMENT AND (2) RESETTING PRETRIAL CONFERENCE** |

The parties' summary judgment and Daubert motions are currently scheduled for hearing on June 15, 2018. The Court has reviewed the parties' briefs, and finds these matters suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the June 15, 2018 hearing is vacated. If the Court determines argument is necessary, it will notify counsel and hear argument at the pretrial conference. To accommodate argument, should it be necessary, the pretrial conference shall be held on **June 22, 2018**, at **1:30 p.m.** rather than 10:30 a.m.

**IT IS SO ORDERED**.

DATED: June 13, 2018

_____
HON. DANA M. SABRAW
United States District Judge