# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br> vs. <br> WI-LAN, INC., <br><br> Defendant. <br> ——————————————— <br> AND ALL RELATED COUNTERCLAIMS. | CASE NO. 14cv2235 DMS (BLM) <br><br> **ORDER ON THE PARTIES' MOTIONS *IN LIMINE*** |

This case came on for hearing on July 20, 2018, on the parties' motions *in limine*. At the hearing, the Court offered tentative rulings on each of the motions. After hearing argument from counsel, the Court stands on those tentative rulings, with one exception: Apple's motion *in limine* number 5 is granted in its entirety.

**IT IS SO ORDERED**.

DATED: July 20, 2018

_____
HON. DANA M. SABRAW
United States District Judge