JOHN ALLCOCK (Bar No. 98895)
john.allcock@dlapiper.com
SEAN C. CUNNINGHAM (Bar No. 174931)
sean.cunningham@dlapiper.com
ERIN GIBSON (Bar No. 229305)
erin.gibson@dlapiper.com
ROBERT WILLIAMS (Bar No. 246990)
robert.williams@dlapiper.com
TIFFANY MILLER (Bar No. 246987)
tiffany.miller@dlapiper.com
JACOB ANDERSON (Bar No. 265768)
jacob.anderson@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, California  92101-4297
Tel:  619.699.2700
Fax:  619.699.2701

ROBERT BUERGI (Bar No. 242910)
robert.buergi@dlapiper.com
AMY WALTERS (Bar No. 286022)
amy.walters@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Telephone:  650.833.2000
Facsimile:  650.833.2001

Attorneys for
APPLE INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WI-LAN, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>     Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.  3:14-cv-1507-DMS-BLM (consolidated);<br><br>CASE NO.  3:14-cv-02235-DMS-BLM (lead case)<br><br>**APPLE INC.'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**<br><br>Dept: 13A<br>Judge:  Hon. Dana M. Sabraw<br>Magistrate Judge:  Hon. Barbara L. Major |

1   Apple Inc. ("Apple") files this motion for leave to file under seal certain
2   documents submitted in connection with Apple's Motion For Judgment As A
3   Matter of Law At The Close Of Plaintiff's Case Pursuant To Fed. R. Civ. P. Rule
4   50(A) ("JMOL") and the Declaration of Erin Gibson in Support of Apple's JMOL
5   ("Gibson Declaration").

6   Pursuant to Civil L.R. 79.2 and the Protective Order in this case, Apple
7   submits this administrative motion for an order to seal the following document:

| Apple's Motion For Judgment As A Matter of Law At The Close Of Plaintiff's Case Pursuant To Fed. R. Civ. P. Rule 50(A) | |
|---|---|
| **Document** | **Content** |
| Apple's JMOL | This document is the unredacted version of Apple's JMOL.<br><br>This brief was designated by Apple as "Confidential – Attorneys' Eyes Only." |
| Exhibit 2 | This document contains excerpts from PDX-02, the demonstrative slides of Prof. Madisetti ("Madisetti Slides").<br><br>This document was designated by Wi-LAN as "Qualcomm – Outside Counsel's Eyes Only" and "Confidential –Attorneys' Eyes Only – Restricted." |

19   Apple respectfully requests that the Court seal certain materials designated
20  by Apple and/or Wi-LAN as "Confidential – Attorneys' Eyes Only," "Confidential
21  – Attorneys' Eyes Only – Restricted," and "Qualcomm – Outside Counsel's Eyes
22  Only."  The materials Apple seeks to seal are (1) an unredacted version of Apple's
23  JMOL, and (2) excerpts from the Madisetti Slides (Ex. 2) under the Protective
24  Order (Dkt. No. 99) and the Qualcomm Protective Order (Dkt. No.100) entered in
25  this litigation

26   The JMOL Motion has been designated by Apple as "Confidential –
27  Attorneys' Eyes Only" and contains references to materials designated by Apple
28

and/or Wi-LAN as confidential under the Protective Order entered in this litigation. Apple does not seek leave to file under seal the entirety of the JMOL, and only seeks to seal the portions relating to Apple and/or Wi-LAN confidential information. Specifically, the JMOL references confidential and sensitive information such as technical information regarding the operation and functionality of Apple's products as well as sensitive financial and proprietary business information about Apple's business and its accused products. Because the unredacted JMOL contains sensitive Apple technical and financial information, good cause exists to seal these materials. *See* Gibson Decl. ¶ 4. Additionally, the JMOL contains information that Wi-LAN has designated as confidential under the Protective Order. Apple intends to file a redacted version of the JMOL.

The Madisetti Slides (Ex. 2) have been designated by Wi-LAN as "Qualcomm – Outside Counsel's Eyes Only" and "Confidential –Attorneys' Eyes Only – Restricted" under the Protective Order and Qualcomm Protective Order. Therefore, good cause exists to seal the Madisetti Slides.

For the above mentioned reasons, Apple therefore respectfully requests that the Court grant this motion to seal. Apple is submitting a proposed order to the Court.

Dated: July 31, 2018  DLA PIPER LLP (US)

By */s/ Erin Gibson*
    JOHN ALLCOCK
    SEAN C. CUNNINGHAM
    ERIN GIBSON
    ROBERT BUERGI
    ROBERT WILLIAMS
    TIFFANY MILLER
    JACOB ANDERSON
    AMY WALTERS

Attorneys for
APPLE INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

                                            /s/ *Erin Gibson*
                                            Erin Gibson