FILED
AUG 01 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WI-LAN INC., | ) | Case No. 3:14-cv-2235-DMS-BLM |
| Plaintiff, | ) | |
| v. | ) | VERDICT FORM |
| APPLE INC., | ) | |
| Defendant. | ) | |

Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this verdict form after due deliberation. Please answer the questions in the order in which they appear.

### PATENT INFRINGEMENT

1. Has Wi-LAN proven by a preponderance of the evidence that Apple has infringed the following claims of the asserted patents?

Circle "YES" if you find for Wi-LAN and "NO" if you find for Apple

| | | | |
|---|---|---|---|
| '145 Patent | Claim 9  | **YES** | NO |
|             | Claim 26 | **YES** | NO |
|             | Claim 27 | **YES** | NO |
| '757 Patent | Claim 1  | **YES** | NO |

1

# DAMAGES

2. If you answered "yes" for any claim or claims in question 1, what is the amount of damages Apple should pay Wi-LAN for infringement of the asserted patents?

A lump sum payment of $ __145.1 million__

**OR**

A per-unit royalty payment of $ _____, calculated as follows:

_____ X _____ = _____
Number of units    Per-unit amount    Total damages

Dated: 8-1-2018        _Charles E. Cole_
                        FOREPERSON