# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>                              Plaintiff,<br><br>   vs.<br><br>WI-LAN, INC.,<br><br>                              Defendant.<br><br>AND ALL RELATED COUNTERCLAIMS. | CASE NO. 14cv2235 DMS (BLM)<br><br>**ORDER CONTINUING TRIAL DATE AND PRETRIAL CONFERENCE** |

Pursuant to the parties' request, the trial date is continued from September 3, 2019, to **January 21, 2020**, at **9:00 a.m.**  The July 26, 2019 hearing shall be converted to a motion hearing only.  The pretrial conference shall be continued to **December 20, 2019**, at **10:30 a.m.**

DATED: July 9, 2019

_____
HON. DANA M. SABRAW
United States District Judge